AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Elliott Broidy and Broidy Capital Management, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-11861-MKV |
| Global Risk Advisors LLC, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elliott Broidy and Broidy Capital Management LLC.

Date:   03/02/2020

/s/ Filiberto Agusti
*Attorney's signature*

Filiberto Agusti
*Printed name and bar number*

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Address*

fagusti@steptoe.com
*E-mail address*

(202) 429-3000
*Telephone number*

(202) 429-3902
*FAX number*