UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT BROIDY and
BROIDY CAPITAL MANAGEMENT, LLC,

                 Plaintiffs,

    -against-

GLOBAL RISK ADVISORS LLC, GRA
MAVEN LLC, GRA QUANTUM LLC,
GLOBAL RISK ADVISORS EMEA LIMITED,
and KEVIN CHALKER,

               Defendants.

Case No. 1:19-cv-11861 (MKV)

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Samantha Weiss of Gibson, Dunn & Crutcher LLP, an attorney admitted to practice in this Court, without waiving any right to contest jurisdiction or venue or service of process on behalf of Defendants GRA Maven LLC, GRA Quantum LLC, and Global Risk Advisors EMEA Limited, hereby enters a special appearance in the above-captioned matter as counsel for Defendants GRA Maven LLC, GRA Quantum LLC and Global Risk Advisors EMEA Limited, and an appearance as counsel for Defendants Global Risk Advisors LLC and Kevin Chalker.

Dated: New York, New York
May 8, 2020               GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Samantha Weiss*
       Samantha Weiss

200 Park Avenue
New York, New York 10166
Tel.:  (212) 351-4000
Fax:  (212) 351-4035
sweiss@gibsondunn.com

*Attorney for Defendants Global Risk Advisors LLC,*
*GRA Maven LLC, GRA Quantum LLC, Global Risk*
*Advisors EMEA Limited, and Kevin Chalker*