UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT BROIDY and<br>BROIDY CAPITAL MANAGEMENT, LLC,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>GLOBAL RISK ADVISORS LLC, GRA<br>MAVEN LLC, GRA QUANTUM LLC,<br>GLOBAL RISK ADVISORS EMEA LIMITED,<br>and KEVIN CHALKER,<br><br>                  Defendants. | Case No. 1:19-cv-11861 (MKV) |

### CORPORATE DISCLOSURE STATEMENT OF
### DEFENDANT GRA MAVEN LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant GRA Maven LLC states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
May 8, 2020

                                          GIBSON, DUNN & CRUTCHER LLP

                                          By:   */s/ Orin Snyder*
                                                   Orin Snyder

                                          200 Park Avenue
                                          New York, New York 10166
                                          Tel.:  (212) 351-4000
                                          Fax:  (212) 351-4035
                                          osnyder@gibsondunn.com

                                          *Attorney for Defendant GRA Maven LLC*