UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELLIOT BROIDY and
BROIDY CAPITAL MANAGEMENT, LLC,

                    Plaintiffs,

      -against-

GLOBAL RISK ADVISORS LLC, GRA
MAVEN LLC, GRA QUANTUM LLC,
GLOBAL RISK ADVISORS EMEA LIMITED,
and KEVIN CHALKER,

              Defendants.

Case No. 1:19-cv-11861 (MKV)

---

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT GRA QUANTUM LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant GRA Quantum LLC states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
May 8, 2020

           GIBSON, DUNN & CRUTCHER LLP

           By:    */s/ Orin Snyder*
                   Orin Snyder

           200 Park Avenue
           New York, New York 10166
           Tel.: (212) 351-4000
           Fax: (212) 351-4035
           osnyder@gibsondunn.com

           *Attorney for Defendant GRA Quantum LLC*