UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT BROIDY and<br>BROIDY CAPITAL MANAGEMENT, LLC,<br><br>                Plaintiffs,<br><br>      -against-<br><br>GLOBAL RISK ADVISORS LLC, GRA<br>MAVEN LLC, GRA QUANTUM LLC,<br>GLOBAL RISK ADVISORS EMEA LIMITED,<br>and KEVIN CHALKER,<br><br>                Defendants. | Case No. 1:19-cv-11861 (MKV) |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT GLOBAL RISK ADVISORS EMEA LIMITED**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Global Risk Advisors EMEA Limited states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
May 8, 2020

                                              GIBSON, DUNN & CRUTCHER LLP

                                              By:   */s/ Orin Snyder*
                                                      Orin Snyder

                                            200 Park Avenue
                                            New York, New York 10166
                                            Tel.:  (212) 351-4000
                                            Fax:  (212) 351-4035
                                            osnyder@gibsondunn.com

                                            *Attorney for Defendant Global Risk Advisors EMEA Limited*