UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELLIOT BROIDY and
BROIDY CAPITAL MANAGEMENT, LLC,

        Plaintiffs,

-against-

GLOBAL RISK ADVISORS LLC, GRA
MAVEN LLC, GRA QUANTUM LLC,
GLOBAL RISK ADVISORS EMEA LIMITED,
and KEVIN CHALKER,

        Defendants.

Case No. 1:19-cv-11861 (MKV)

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GLOBAL RISK ADVISORS LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Global Risk Advisors LLC states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
May 8, 2020

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Orin Snyder*
      Orin Snyder

200 Park Avenue
New York, New York 10166
Tel.: (212) 351-4000
Fax: (212) 351-4035
osnyder@gibsondunn.com

*Attorney for Defendant Global Risk Advisors LLC*