UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT BROIDY and
BROIDY CAPITAL MANAGEMENT, LLC,

          Plaintiffs,

  -against-

GLOBAL RISK ADVISORS LLC, GRA
MAVEN LLC, GRA QUANTUM LLC,
GLOBAL RISK ADVISORS EMEA LIMITED,
and KEVIN CHALKER,

          Defendants.

19 Civ. 11861 (MKV)

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**

      Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Zainab Ahmad, hereby move this Court for an Order of admission to practice *pro hac vice* and to appear as counsel for Defendants Global Risk Advisors LLC, GRA Maven LLC, GRA Quantum LLC, Global Risk Advisors EMEA Limited, and Kevin Chalker in the above-captioned action.[1]  I am a member in good standing of the bar of the State of New York and a certificate of good standing is attached hereto as Exhibit A.[2]  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached the affidavit required by Local Rule 1.3.

---

[1] At this time, Defendants GRA Maven LLC, GRA Quantum LLC, and Global Risk Advisors EMEA Limited limit their appearances in this action for the purpose of contesting the Court's personal jurisdiction over them.

[2] In light of delays in issuing and receiving certificates of good standing due to the ongoing COVID-19 pandemic, counsel respectfully requests that the Court grant this motion on the basis of a certificate issued beyond the 30 days set out in Local Rule 1.3.  If the Court requires, counsel will supplement the motion papers with a current certificate of good standing promptly after receipt.

Dated: May 11, 2020
New York, New York               Respectfully Submitted,


                                 <u>*/s/ Zainab Ahmad*</u>
                                 Zainab Ahmad
                                 Gibson, Dunn & Crutcher LLP
                                 200 Park Avenue
                                 New York, New York 10166
                                 Telephone: (212) 351-4000
                                 Facsimile: (212) 351-4035
                                 Email: zahmad@gibsondunn.com