UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT BROIDY and<br>BROIDY CAPITAL MANAGEMENT, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>GLOBAL RISK ADVISORS LLC, GRA<br>MAVEN LLC, GRA QUANTUM LLC,<br>GLOBAL RISK ADVISORS EMEA LIMITED,<br>and KEVIN CHALKER,<br><br>　　　　　　　Defendants. | 19 Civ. 11861 (MKV)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

　　　　I, Zainab Ahmad, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

　　1.　　I am a partner at the law firm Gibson Dunn & Crutcher LLP, located at 200 Park Avenue, New York, New York 10166.

　　2.　　I submit this Declaration in support of the Motion for Admission Pro Hac Vice in the above-captioned case. I am a member in good standing of the bar of the State of New York.

　　3.　　In light of delays in issuing and receiving certificates of good standing due to the ongoing COVID-19 pandemic, I respectfully request that the Court grant this Motion supported with a certificate of good standing from the Bar of the State of New York issued beyond the 30 days set out in Local Rule 1.3 and a current print out from the New York State Unified Court System Attorney Search showing my current registration status, attached as Exhibit A. If the Court requires, I will

supplement the motion papers with a current certificate of good standing promptly after receipt

4. I have never been convicted of a felony.

5. I have never been censured, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

7. I am familiar with the facts of this case.

8. I hereby declare under penalty of perjury that the foregoing is true and correct.

Accordingly, I respectfully request that I be permitted to appear as counsel *pro hac vice* in the above-captioned case as counsel for Defendants Global Risk Advisors LLC, GRA Maven LLC, GRA Quantum LLC, Global Risk Advisors EMEA Limited, and Kevin Chalker


Dated: May 11, 2020
New York, New York

*/s/ Zainab Ahmad*
Zainab Ahmad