# EXHIBIT A

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Zainab N. Ahmad

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on September 11, 2006, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on
**January 31, 2020**

_Clerk of the Court_

2190

# New York State Unified Court System



| | | |
|---|---|---|
| **Attorney Search** | ***Attorney Detail*** | COURTS |
| **Attorney Registration** | as of 05/11/2020 | LITIGANTS |
| **Registered In-House Counsel Search** | **Registration Number:** 4440830 | ATTORNEYS |
| | **ZAINAB N. AHMAD**<br>GIBSON DUNN & CRUTCHER<br>200 PARK AVE<br>NEW YORK, NY 10166-0005<br>United States<br>(New York County)<br>(212) 351-2609 | JURORS |
| **In-House Counsel Registration** | | JUDGES |
| **Legal Consultant Registration** | | CAREERS |
| **Resources** | **E-mail Address:**<br>**Date Admitted in NY:** 09/11/2006<br>**Appellate Division Department of Admission:** 1<br>**Law School:** COLUMBIA LAW SCHOOL<br>**Registration Status:** Currently registered<br>**Next Registration:** Mar 2022 | SEARCH |
| **E-Courts** | | |
| **Contact Us** | | |
| | **Disciplinary History:** No record of public discipline | |

[ Search Again ]

The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the **Appellate Divisions** of the Supreme Court in New York is available at www.nycourts.gov/courts.

If the name of the attorney you are searching for does not appear, please try again with a different spelling. In addition, please be advised that attorneys listed in this database are listed by the name that corresponds to their name in the Appellate Division Admissions file. There are attorneys who currently use a name that differs from the name under which they were admitted. If you need additional information, please contact the NYS Office of Court Administration, Attorney Registration Unit at 212-428-2800 or attyreg@nycourts.gov.

www.NYCOURTS.gov