UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT BROIDY and<br>BROIDY CAPITAL MANAGEMENT, LLC,<br><br>                        Plaintiffs,<br><br>    -against-<br><br>GLOBAL RISK ADVISORS LLC, GRA<br>MAVEN LLC, GRA QUANTUM LLC,<br>GLOBAL RISK ADVISORS EMEA LIMITED,<br>and KEVIN CHALKER,<br><br>                        Defendants. | 19 Civ. 11861 (MKV)<br><br>**[PROPOSED] ORDER** |

The motion of Zainab Ahmad for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of New York and that her contact information is as follows:

> Zainab Ahmad
> GIBSON, DUNN & CRUTCHER LLP
> 200 Park Avenue
> New York, New York 10166
> Telephone: (212) 351-4000
> Facsimile: (212) 351-4035
> zahmad@gibsondunn.com

Applicant having requested admission *pro hac vice* to appear as counsel for Defendants Global Risk Advisors LLC, GRA Maven LLC, GRA Quantum LLC, Global Risk Advisors EMEA Limited, and Kevin Chalker in the above-captioned action, without prejudice to any of Defendants' jurisdictional defenses;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2020
       New York, New York

_____
UNITED STATES DISTRICT JUDGE