**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELLIOT BROIDY and<br>BROIDY CAPITAL MANAGEMENT, LLC,<br><br>                                       Plaintiffs,<br><br>—v.—<br><br>GLOBAL RISK ADVISORS LLC,<br>GRA MAVEN LLC,<br>GRA QUANTUM LLC,<br>GLOBAL RISK ADVISORS EMEA LIMITED,<br>and KEVIN CHALKER,<br><br>                                       Defendants. | Case No. 19-cv-11861 (MKV)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Leah M. Quadrino of Steptoe & Johnson LLP hereby enters an appearance in the above-captioned matter as counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC.

I certify that I am an attorney admitted to practice in this Court.

Dated:  Washington, D.C.
            May 22, 2020

Respectfully submitted,

By:  /s/ *Leah M. Quadrino*
      Leah M. Quadrino
      STEPTOE & JOHNSON LLP
      1330 Connecticut Avenue, NW
      Washington, DC 20036
      Tel: (202) 429-3000
      Fax: (212) 429-3902
      E-mail: lquadrino@steptoe.com

*Counsel for Plaintiffs Elliott Broidy and*
*Broidy Capital Management, LLC*