UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT BROIDY and<br>BROIDY CAPITAL MANAGEMENT, LLC,<br><br>                    Plaintiffs,<br><br>—v.—<br><br>GLOBAL RISK ADVISORS LLC,<br>GRA MAVEN LLC,<br>GRA QUANTUM LLC,<br>GLOBAL RISK ADVISORS EMEA LIMITED,<br>and KEVIN CHALKER,<br><br>                    Defendants. | Case No. 19-cv-11861 (MKV)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Morgan P. Lucas of Steptoe & Johnson LLP hereby enters appearance in the above-captioned matter as counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC.

I certify that I am an attorney admitted to practice in this Court.

Dated: New York, New York
       May 22, 2020

Respectfully submitted,

By:  /s/ *Morgan P. Lucas*
     Morgan P. Lucas
     STEPTOE & JOHNSON LLP
     1114 Avenue of the Americas
     New York, New York 10036
     Tel: (212) 506-3900
     Fax: (212) 506-3950
     E-mail: mlucas@steptoe.com

     *Counsel for Plaintiffs Elliott Broidy and*
     *Broidy Capital Management, LLC*