UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT BROIDY, and BROIDY CAPITAL MANAGEMENT, LLC,<br><br>               Plaintiffs,<br><br>-against-<br><br>GLOBAL RISK ADVISORS LLC, GRA MAVEN LLC, GRA QUANTUM LLC, GLOBAL RISK ADVISORS EMEA LIMITED, and KEVIN CHALKER,<br><br>               Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 6/3/2020<br><br>1:19-cv-11861-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Court has reviewed the Joint Letter and Proposed Case Management Plan submitted by the Parties [ECF #41], as well as the supplemental letters submitted by Defendants [ECF #42] and Plaintiffs [ECF #43]. Upon review of those submissions,

IT IS HEREBY ORDERED that discovery in this action is stayed pending the Court's resolution of the anticipated motion to dismiss the Complaint.

IT IS FURTHER ORDERED that the briefing schedule for the motion to dismiss is modified as follows. Defendants' motion to dismiss must be filed on or before June 12, 2020. Plaintiffs' opposition must be filed on or before June 26, 2020. Defendants' reply, if any, must be filed on or before July 3, 2020. There will be no extensions of the deadlines absent good cause.

In the event that the action is not dismissed in its entirety, the Court will enter a case management plan for discovery after ruling on the motion. The Court does not intend to phase discovery.

SO ORDERED

Dated: New York, New York
       June 3, 2020

                                                        _____
                                                          MARY KAY VYSKOCIL
                                                          United States District Judge