UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELLIOT BROIDY and BROIDY CAPITAL
MANAGEMENT, LLC,

                Plaintiffs,

            - against -

GLOBAL RISK ADVISORS LLC, GRA
MAVEN LLC, GRA QUANTUM LLC,
GLOBAL RISK ADVISORS EMEA
LIMITED, and KEVIN CHALKER,

                Defendants.
------------------------------------------------------------x

Case No. 19-cv-11861

**NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

PLEASE TAKE NOTICE that, upon the filing of the accompanying memorandum of law, Defendants Global Risk Advisors LLC, GRA Maven LLC, GRA Quantum LLC, Global Risk Advisors EMEA Limited, and Kevin Chalker (together, "Defendants") will move, by the undersigned counsel, before the Honorable Mary Kay Vyskocil, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 18C, New York, New York 10007, on such date and time to be set by the Court, for an order dismissing all claims against them under Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request oral argument in connection with this motion to dismiss.

Dated: June 12, 2020
New York, New York

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Orin Snyder*
Orin Snyder
Zainab Ahmad
Paul J. Kremer
Samantha Weiss

200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
Tel.: (212) 351-4000
Fax: (212) 351-4035
osnyder@gibsondunn.com
zahmad@gibsondunn.com
pkremer@gibsondunn.com
sweiss@gibsondunn.com

*Attorneys for Defendants*