UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ELLIOT BROIDY and BROIDY CAPITAL
MANAGEMENT, LLC,

                Plaintiffs,

             - against -                            Case No. 19-cv-11861

GLOBAL RISK ADVISORS LLC, GRA          **DECLARATION OF PAUL J. KREMER**
MAVEN LLC, GRA QUANTUM LLC,
GLOBAL RISK ADVISORS EMEA
LIMITED, and KEVIN CHALKER,

                Defendants.
-----------------------------------------------------------x

I, Paul J. Kremer, declare as follows:

       1.     I am an associate in the law firm Gibson, Dunn & Crutcher LLP and counsel to Defendants Global Risk Advisors LLC, GRA Maven LLC, GRA Quantum LLC, Global Risk Advisors EMEA Limited, and Kevin Chalker.  I am licensed to practice law in the State of New York.  I respectfully submit this declaration in support of Defendants' Motion to Dismiss.

       2.     Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Complaint filed in the above-captioned matter.

       I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of June, 2020 in West Shokan, New York.

                                                                      */s/ Paul J. Kremer*

                                                                      Paul J. Kremer