UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC<br>          Plaintiff<br><br>v.<br>GLOBAL RISK ADVISORS LLC, GRA MAVEN LLC, GRA QUANTUM LLC, GLOBAL RISK ADVISORS EMEA LIMITED, and KEVIN CHALKER,<br>          Defendants. | 1:19-cv-11861-MKV |

### NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Anthony G. Woodward, hereby move this Court for an Order of admission to practice pro hac vice and to appear as counsel for non-parties, Victor Todd and Diogenes Group Research, in the above-captioned action. I am a member in good standing of the bar of the State of Florida and a certificate of good standing is attached hereto as Exhibit A. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: June 15, 2020.

                                                             **WOODWARD LAW GROUP**
                                                             *s/ Anthony G. Woodward*
                                                              _____
                                                              Anthony G. Woodward, Esq.
                                                              Florida Bar No.: 0773610
                                                              20727 Sterlington Drive
                                                              Land O' Lakes FL, 34638
                                                              litigation@anthonywoodwardpa.com
                                                              Telephone: (813)251-2200
                                                              Facsimile: (813)909-7439
                                                              Counsel for Plaintiff

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC<br>　　　　　Plaintiff<br><br>v.<br><br>GLOBAL RISK ADVISORS LLC, GRA MAVEN LLC, GRA QUANTUM LLC, GLOBAL RISK ADVISORS EMEA LIMITED, and KEVIN CHALKER,<br>　　　　　Defendants. | 1:19-cv-11861-MKV |

**<u>DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE</u>**

I, Anthony G. Woodward, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

　　1.　　I am a shareholder at Woodward Law Group located at 20727 Sterlington Drive Land O' Lakes, FL  34638.

　　2.　　I submit this Declaration in support of the Motion for Admission Pro Hac Vice in the above-captioned case. I am a member in good standing of the bar of the State of Florida, see attached Exhibit "A".

　　3.　　I have never been convicted of a felony.

　　4.　　I have never been censured, disbarred, or denied admission or readmission by any court.

　　5.　　There are no disciplinary proceedings presently against me in any state or federal court.

　　6.　　I am familiar with the facts of this case.

　　7.　　I hereby declare under penalty of perjury that the foregoing is true and correct.

Accordingly, I respectfully request that I be permitted to appear as counsel pro hac vice in the above-captioned case as counsel for non-parties, Victor Todd and Diogenes Group Research.

Dated: June 15, 2020.

*s/ Anthony G. Woodward*
_____
Anthony G. WOodward