# **EXHIBIT A**

# **CERTIFICATE OF GOOD STANDING**



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida       )

County of Leon       )                                    In Re:  0773610
                                                                        Anthony G Woodward
                                                                        Woodward Law Group
                                                                        20727 Sterlington Dr
                                                                        Land O Lakes, FL 34638-4317

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 29, 1988**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 15th day of  **June**, **2020**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-88051