UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC<br>　　　　　Plaintiff<br><br>v.<br><br>GLOBAL RISK ADVISORS LLC, GRA MAVEN LLC, GRA QUANTUM LLC, GLOBAL RISK ADVISORS EMEA LIMITED, and KEVIN CHALKER,<br>　　　　　Defendants. | 1:19-cv-11861-MKV<br>[PROPOSED] ORDER |

The motion of Anthony G. Woodward, for admission to practice pro hac vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida and that his contact information is as follows:

> Anthony G. Woodward
> Anthony G. Woodward, P.A
> 20727 Sterlington Drive,
> Land O' Lakes, Florida 34638.
> Telephone (813) 251 2200.
> Tony@anthonywoodwardpa.com

Applicant having requested admission pro hac vice to appear as counsel for Non-Party, Victor Todd, in the above-captioned action, without prejudice to any of Defendants' jurisdictional defenses;

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned action in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2020.

New York, New York.

_____
UNITED STATES DISTRICT COURT