UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT BROIDY and<br>BROIDY CAPITAL MANAGEMENT, LLC,<br><br>            Plaintiffs,<br><br>   —v.—<br><br>GLOBAL RISK ADVISORS LLC,<br>GRA MAVEN LLC,<br>GRA QUANTUM LLC,<br>GLOBAL RISK ADVISORS EMEA LIMITED,<br>GRA RESEARCH LLC, and<br>KEVIN CHALKER<br>            Defendants. | 19 Civ. 11861<br><br>JURY TRIAL DEMANDED |

## **MOTION TO ADMIT LINDA C. BAILEY PRO HAC VICE**

**PLEASE TAKE NOTICE** that pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern District of New York, I, Linda C. Bailey, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC in the above-captioned action.

  I am a member in good standing of the bars for the State of Maryland and the District of Columbia.  There are no pending disciplinary proceedings against me in any state or federal court.  I have attached an affidavit pursuant to Local Rule 1.3(c).

Dated: June 15, 2020
       Washington, DC

Respectfully,

By: /s/ Linda C. Bailey
Linda C. Bailey
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
E-mail: lbailey@steptoe.com

*Counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2020, I caused a true copy of the foregoing Motion for Admission Pro Hac Vice of Linda C. Bailey and supporting documents to be served via ECF on all counsel of record.

/s/ Linda C. Bailey
Linda C. Bailey