UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELLIOT BROIDY and
BROIDY CAPITAL MANAGEMENT, LLC,

    Plaintiffs,

—v.—

GLOBAL RISK ADVISORS LLC,
GRA MAVEN LLC,
GRA QUANTUM LLC,
GLOBAL RISK ADVISORS EMEA LIMITED,
GRA RESEARCH LLC, and
KEVIN CHALKER

    Defendants.

19 Civ. 11861

JURY TRIAL DEMANDED

### AFFIDAVIT OF LINDA C. BAILEY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Linda C. Bailey, hereby declare as follows:

1. I am an attorney in the Washington, DC office of Steptoe & Johnson LLP.

2. I am currently a member in good standing of the bars of the State of Maryland and the District of Columbia. Certificates of good standing from the District of Columbia Court of Appeals and the Court of Appeals of Maryland are filed with this application as Exhibits A and B.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission to any court.

5. There are no disciplinary proceedings presently against me, and I have never been the subject of any such disciplinary proceedings.

I swear under the penalty of perjury that the foregoing is true and correct. Executed this 15th day of June, 2020 in Washington, DC.

_____
Linda C. Bailey

Subscribed and sworn before me in Washington, DC this 15th day of June, 2020.

_____
Notary Public

*[Notary seal: RILEY E. JOHN, NOTARY PUBLIC, DISTRICT OF COLUMBIA, MY COMMISSION EXPIRES 10/31/2020]*