UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT BROIDY and<br>BROIDY CAPITAL MANAGEMENT, LLC,<br><br>                                              Plaintiffs,<br><br>                  —v.—<br><br>GLOBAL RISK ADVISORS LLC,<br>GRA MAVEN LLC,<br>GRA QUANTUM LLC,<br>GLOBAL RISK ADVISORS EMEA LIMITED,<br>GRA RESEARCH LLC, and<br>KEVIN CHALKER<br>                                              Defendants. | 19 Civ. 11861<br><br>JURY TRIAL DEMANDED |

### [PROPOSED] ORDER TO ADMIT LINDA C. BAILEY PRO HAC VICE

The motion of Linda C. Bailey for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the bars for the State of Maryland and the District of Columbia, and that her contact information is as follows:

> Linda C. Bailey
> STEPTOE & JOHNSON LLP
> 1330 Connecticut Avenue, NW
> Washington, DC 20036
> Tel: (202) 429-3000
> E-mail: lbailey@steptoe.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
       New York, New York                                          U.S. District Judge Mary Kay Vyskocil