# Michael, Charles

| | |
|---|---|
| **From:** | Postmaster <postmaster@steptoe.com> |
| **Sent:** | Wednesday, June 10, 2020 6:09 PM |
| **To:** | Michael, Charles |
| **Subject:** | [Postmaster] Messages on hold for cmichael@steptoe.com |

The following messages, addressed to you, are currently on hold within the Mimecast service awaiting further action.

For further instructions on how to use the links associated with each email, please review the following points:

**Release:** This will release the current email On Hold to your Inbox, but future emails from this sender will still be placed On Hold

**Block:** Rejects the email, and adds the sender's address to your personal Block list to block future emails from this sender

**Permit:** Delivers the email to your Inbox, and adds the sender's address to your personal Permit list, so future emails are not put On Hold (for SPAM management policies only)

For more information on the Mimecast digest, please refer to this article

To access your account and make modifications in bulk. Please refer to this link Login

| From | Subject | Date | Reason | Release | Block | Allow |
|---|---|---|---|---|---|---|
| netsuite@na.netsuite.com | Sales & Marketing Advice That Will Outlast Coronavirus | 2020-06-10 11:00 | Spam Policy | Release | Block | Permit |
| tomc@modevity.com | Investigative Research Support for Litigation | 2020-06-10 11:20 | Spam Policy | Release | Block | Permit |
| mfallon@legalstore.com | Back To Business Sale! 30% Off! | 2020-06-10 12:13 | Spam Policy | Release | Block | Permit |
| digital@e2ma.adeccogroup.com | Risks of returning to work | 2020-06-10 12:50 | Spam Policy | Release | Block | Permit |
| info@bodhala.com | Control legal expenses with data and insights | 2020-06-10 13:38 | Spam Policy | Release | Block | Permit |
| tony@anthonywoodwardpa.com | Elliott Broidy and Broidy Capital Managemen tv LLCGlobal Risk Advisors LLC, ,Civil Action No. 19 Civ. 11861 | 2020-06-10 13:43 | Spam Policy | Release | Block | Permit |
| dockets@docketalarm.com | Re: Your client Sentinel Insurance Company has been sued | 2020-06-10 16:03 | Spam Policy | Release | Block | Permit |
| marketing.reply@mercer.com | Q&A Panel Featuring Delta Air Lines and IHG - Reaching capacity | 2020-06-10 17:08 | Spam Policy | Release | Block | Permit |
| contact@veritext.com | You're Invited to a Complimentary CLE Webinar! (Register Now!) | 2020-06-10 17:33 | Spam Policy | Release | Block | Permit |