UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ELLIOT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC, | : |
| | : 19 Civ. 11861 |
| Plaintiffs, | : |
| | : |
| | : **NOTICE OF APPEARANCE** |
| -against- | : |
| | : |
| | : ECF Case |
| GLOBAL RISK ADVISORS LLC, GRA MAVEN LLC, GRA QUANTUM LLC, GLOBAL RISK ADVISORS EMEA LIMITED, and KEVIN CHALKER, | : |
| | : |
| | : |
| Defendants. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To: The Clerk of Court and All Parties of Record

**PLEASE TAKE NOTICE** that John M. Browning of DAVIS WRIGHT TREMAINE LLP, who is admitted to practice in this Court, hereby enters his appearance as counsel for non-party journalist Ryan Grim, in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on him at the address stated below.

Dated: June 19, 2020

*/s/ John M. Browning*
John M. Browning
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Fax: (212) 489-8340
Email: jackbrowning@dwt.com

*Attorney for Non-Party Journalist Ryan Grim*