**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
ELLIOTT BROIDY and BROIDY CAPITAL :
MANAGEMENT, LLC, :
:
                     Plaintiffs, :
:
       - against - :
:
GLOBAL RISK ADVISORS LLC, :
GRA MAVEN LLC, :    Case No. 19-cv-11861-MKV
GRA QUANTUM LLC, :
GLOBAL RISK ADVISORS EMEA LIMITED, :    **Oral Argument Requested**
GRA RESEARCH LLC, :
QRYPT, INC., :
KEVIN CHALKER, :
DENIS MANDICH, :
ANTONIO GARCIA, and :
COURTNEY CHALKER, :
:
                     Defendants. :
:
---------------------------------------------------------------x

## NOTICE OF DEFENDANTS' MOTION TO DISMISS
## PLAINTIFFS' FIRST AMENDED COMPLAINT

     PLEASE TAKE NOTICE that, upon the accompanying Declaration of Paul J. Kremer, dated August 10, 2020, and the Exhibit annexed thereto; the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the First Amended Complaint, dated August 10, 2020; and all prior pleadings, papers, and proceedings herein, Defendants Global Risk Advisors LLC, GRA Maven LLC, GRA Quantum LLC, Global Risk Advisors EMEA Limited, GRA Research LLC, Qrypt Inc., Kevin Chalker, Denis Mandich, Antonio Garcia, and Courtney Chalker (together, "Defendants") will move, by the undersigned counsel, before the Honorable Mary Kay Vyskocil, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 18C, New York, New York 10007, on such date and time to be set by

the Court, for an order dismissing all claims against them with prejudice under Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request oral argument in connection with this motion to dismiss, and will file a letter to that effect pursuant to Section 4.A.vii. of Judge Vyskocil's Individual Rules of Practice in Civil Cases.

PLEASE TAKE FURTHER NOTICE that, in accordance with the July 10, 2020 Stipulation and Order entered in this action, ECF Doc. No. 71, Plaintiffs' answering papers are to be filed and served on or before September 21, 2020, and Defendants' reply papers are to be filed and served on or before October 5, 2020.

Dated: August 10, 2020

       New York, New York

                                    Respectfully submitted,

                                    GIBSON, DUNN & CRUTCHER LLP

                                    By: */s/ Orin Snyder*
                                        Orin Snyder
                                        Zainab Ahmad
                                        Paul J. Kremer
                                        Samantha Weiss

                                        200 Park Avenue
                                        New York, NY 10166-0193
                                        (212) 351-4000
                                        Tel.: (212) 351-4000
                                        Fax: (212) 351-4035
                                        osnyder@gibsondunn.com
                                        zahmad@gibsondunn.com
                                        pkremer@gibsondunn.com
                                        sweiss@gibsondunn.com

                                        *Attorneys for Defendants*