AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Elliott Broidy et al.
                    Plaintiff (s),

V.

Global Risk Advisors LLC et al.
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:19-cv-11861-MKV

Notice is hereby given that, subject to approval by the court, __Elliott Broidy and Broidy Capital Mgmt__ substitutes
                                                                                               (Party (s) Name)

__Jason H. Cowley__ , State Bar No. __5789128__ as counsel of record in
(Name of New Attorney)

place of __Filiberto Agusti, Leah Margaret Quadrino, Linda C. Bailey, Morgan Paige Lucas, Charles Anthony Michael__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     McGuireWoods, LLP
    Address:     1251 Avenue of the Americas, 20th Floor, New York, New York 10020
    Telephone:     (212) 548-2138     Facsimile     (212) 715-2311
    E-Mail (Optional):     jcowley@mcguirewoods.com

I consent to the above substitution.
Date: 18 February 2021
                                                                 _Elliott Broidy_
                                                    _Elliott Broidy, Manager, Broidy Capital Management_
                                                                 (Signature of Party (s))

I consent to being substituted.
Date: _____
                                                                 See Attachment A
                                                             (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/18/21
                                                                  s/ Jason Cowley
                                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                                                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]