UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOTT BROIDY and
BROIDY CAPITAL MANAGEMENT, LLC,

                    Plaintiffs,

—v.—

GLOBAL RISK ADVISORS LLC,
GRA MAVEN LLC,
GRA QUANTUM LLC,
GLOBAL RISK ADVISORS EMEA LIMITED,
GRA RESEARCH LLC,
QRYPT, INC.,
KEVIN CHALKER,
DENNIS MANDICH,
ANTONIO GARCIA, and
COURTNEY CHALKER,

                    Defendants.

19 Civ. 11861 (MKV)

## ATTACHMENT A

| | |
|---|---|
| I consent to being substituted. | Signature: s/Filiberto Agusti |
| Date: February 18, 2021 | Signature: s/Leah M. Quadrino |
| | Signature: s/Linda C. Bailey |
| | Signature: s/Charles Michael |
| | Signature: s/Morgan Lucas |