AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Elliott Broidy et al.
            Plaintiff (s),
V.
Global Risk Advisors LLC et al.
            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:19-cv-11861-MKV

Notice is hereby given that, subject to approval by the court, __Elliott Broidy and Broidy Capital Mgmt__ substitutes
            (Party (s) Name)

__Jason H. Cowley__, State Bar No. __5789128__ as counsel of record in
(Name of New Attorney)

place of __Filiberto Agusti, Leah Margaret Quadrino, Linda C. Bailey, Morgan Paige Lucas, Charles Anthony Michael__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: McGuireWoods, LLP
    Address: 1251 Avenue of the Americas, 20th Floor, New York, New York 10020
    Telephone: (212) 548-2138      Facsimile (212) 715-2311
    E-Mail (Optional): jcowley@mcguirewoods.com

I consent to the above substitution.
Date: 18 February 2021

*Elliott Broidy*
*Elliott Broidy, Manager, Broidy Capital Management*
(Signature of Party (s))

I consent to being substituted.
Date:

See Attachment A
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/18/21

s/ Jason Cowley
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/19/2021

*Mary Kay Vyskocil*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOTT BROIDY and
BROIDY CAPITAL MANAGEMENT, LLC,

                            Plaintiffs,

—v.—

GLOBAL RISK ADVISORS LLC,
GRA MAVEN LLC,
GRA QUANTUM LLC,
GLOBAL RISK ADVISORS EMEA LIMITED,
GRA RESEARCH LLC,
QRYPT, INC.,
KEVIN CHALKER,
DENNIS MANDICH,
ANTONIO GARCIA, and
COURTNEY CHALKER,

                            Defendants.

19 Civ. 11861 (MKV)

## ATTACHMENT A

I consent to being substituted.
Date:    February 18, 2021

Signature:   s/Filiberto Agusti
Signature:   s/Leah M. Quadrino
Signature:   s/Linda C. Bailey
Signature:   s/Charles Michael
Signature:   s/Morgan Lucas