UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC,

    Plaintiffs,

v.

GLOBAL RISK ADVISORS LLC, GRA MAVEN LLC, GRA QUANTUM LLC, GLOBAL RISK ADVISORS EMEA LIMITED, GRA RESEARCH LLC, QRYPT, INC., KEVIN CHALKER, DENNIS MANDICH, ANTONIO GARCIA, and COURTNEY CHALKER,

    Defendants.

---

Case No. 1:19-cv-11861-MKV

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that the undersigned, George J. Terwilliger, III of McGuireWoods LLP, hereby appears as counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC, and requests that all parties and interested persons serve copies of any and all papers, notices, and correspondence on the undersigned at the address listed below.

Dated: February 19, 2021

/s/ George J. Terwilliger, III
George J. Terwilliger, III
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Washington, D.C., 20006
Phone: (202) 857-1700
Fax: (202) 828-2965
gterwilliger@mcguirewoods.com

*Attorney for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 19, 2021, I caused a true and correct copy of the foregoing Notice of Appearance to be filed electronically with the Clerk of the Court using the Court's CM/ECF System, which will transmit a notice of electronic filing to all counsel of record in this action.

                                                   */s/ George J. Terwilliger, III*
                                                   George J. Terwilliger, III
                                                   McGuireWoods LLP

                                                 *Attorney for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC*