UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL RISK ADVISORS LLC, et al.,<br><br>Defendants. | X<br>:<br>:  Case No. 1:19-cv-11861 (MKV)<br>:<br>:  **MOTION FOR ADMISSION**<br>:  ***PRO HAC VICE***<br>:<br>:<br>:<br>:<br>:<br>X |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, MICHAEL L. FRANCISCO, move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC in the above-captioned action.

I am a member in good standing of the bars of the State of Colorado. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I had a temporary suspension of my attorney registration while on inactive status, as explained in the attached declaration pursuant to Local Rule 1.3.

Dated: March 2, 2021            Respectfully Submitted,

/s/ *Michael L. Francisco*
Michael L. Francisco
MCGUIREWOODS LLP
888 16th Street, N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T: (202) 857-1722
F: (202) 828-3345
mfrancisco@mcguirewoods.com

*Counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC*