UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL RISK ADVISORS LLC, et al., <br><br> Defendants. | Case No. 1:19-cv-11861 (MKV) <br><br> **DECLARATION OF MICHAEL L. FRANCISCO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, MICHAEL L. FRANCISCO, being of full age, pursuant to 28 U.S.C. §1746, hereby declare under penalty of perjury as follows:

1. I submit this Declaration pursuant to Local Rule 1.3 in support of my motion to appear *pro hac vice* in this action.

2. I am an Associate with the law firm of McGuireWoods LLP located at 888 16th Street, N.W., Suite 500, Washington, DC 20006, and my telephone number is (202) 857-1722. My email address is mfrancisco@mcguirewoods.com.

3. I am an attorney at law and a member in good standing of the Bar of the State of Colorado. A true and correct copy of my Certificate of Good Standing issued by the Supreme Court of Colorado is attached as Exhibit A.

4. I have never been convicted of a felony. I have never been censured, disbarred or denied admission or readmission by any court. There are no pending disciplinary proceedings against me in any State or Federal Court. I did have a temporary suspension of my attorney registration status. In May 2020, while on inactive status and clerking for a federal court, there was a clerical mistake that led to my failure to pay inactive attorney dues and this resulted in a temporary suspension of my inactive license. Within days of receiving notice of the suspension I

1

submitted payment and late fees and was moved back to inactive status, also in May 2020. Because I was not practicing law at the time, no client was impacted by the short suspension.

5. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC.

I declare under penalty of perjury under the laws of the United States of America and the District of Columbia that the foregoing is true and correct.

Dated: March 2, 2021         /s/ Michael L. Francisco