# EXHIBIT A



# Supreme Court
## State of Colorado,

STATE OF COLORADO, ss:

I, Cheryl Stevens, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

### Michael Lee Francisco

has been duly licensed and admitted to practice as an

## Attorney And Counselor At Law

within this State; and that their name appears on the Roll of Attorneys and Counselors at Law in my office of date the 22nd day of October A.D. 2007 and that at the date hereof the said **Michael Lee Francisco** is in good standing at this Bar.



IN WITNESS WHEREOF, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this*

18th day of February 2021

**Cheryl Stevens**
_____ Clerk

By _____
                                    Deputy Clerk