UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOTT BROIDY and BROIDY  　　X
CAPITAL MANAGEMENT, LLC,

　　　　Plaintiffs,

v.

GLOBAL RISK ADVISORS LLC, et al.,

　　　　Defendants.
　　　　　　　　　　　　　　　　　X

Case No. 1:19-cv-11861 (MKV)

**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE***

The motion of **MICHAEL L. FRANCISCO** for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**. Applicant has declared that he is a member in good standing of the Bar of the State of Colorado; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Michael L. Francisco |
| Firm Name: | MCGUIREWOODS LLP |
| Address: | 888 16th Street, N.W., Suite 500<br>Washington, DC  20006 |
| Phone Number: | (202) 857-1722 |
| Fax Number: | (202) 828-3345 |
| E-Mail: | mfrancisco@mcguirewoods.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC;

**IT IS HEREBY ORDERED** that MICHAEL L. FRANCISCO is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARY KAY VYSKOCIL
　　　　　　　　　　　　　　　　　　　　United States District Judge