UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL RISK ADVISORS LLC, et al.,<br><br>Defendants. | Case No. 1:19-cv-11861 (MKV)<br><br>**CERTIFICATION OF SERVICE** |

I HEREBY CERTIFY that on March 2, 2021, a true and correct copy of the foregoing: (1) Motion to Admit Michael L. Francisco *Pro Hac Vice;* (2) Declaration of Michael L. Francisco in Support of Motion for Admission *Pro Hac Vice,* with supporting Certificate of Good Standing; and (3) Proposed Order, were filed electronically with the Clerk of the Court using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

Dated: March 2, 2021

Respectfully Submitted,

/s/ *Michael L. Francisco*
Michael L. Francisco
MCGUIREWOODS LLP
888 16th Street, N.W., Suite 500
Washington, DC 20006
T: (202) 857-1722
F: (202) 828-3345
*mfrancisco@mcguirewoods.com*

*Counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC*