UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL RISK ADVISORS LLC, et al.,<br><br>Defendants. | Case No. 1:19-cv-11861 (MKV)<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, BROOKS H. SPEARS, move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC in the above-captioned action.

I am a member in good standing of the bars of the States of Virginia and West Virginia. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: March 2, 2021

Respectfully Submitted,

*/s/ Brooks H. Spears*
Brooks H. Spears
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102
T: (703) 712-5073
F: (703) 712-5190
bspears@mcguirewoods.com

*Counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC*