UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL RISK ADVISORS LLC, et al.,<br><br>Defendants. | Case No. 1:19-cv-11861 (MKV)<br><br>**DECLARATION OF BROOKS H. SPEARS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, BROOKS H. SPEARS, being of full age, pursuant to 28 U.S.C. §1746, hereby declare under penalty of perjury as follows:

1. I submit this Declaration pursuant to Local Rule 1.3 in support of my motion to appear *pro hac vice* in this action.

2. I am an Associate with the law firm of McGuireWoods LLP located at 1750 Tysons Boulevard, Suite 1800, Tysons, Virginia 22102, and my telephone number is (703) 712-5073. My email address is bspears@mcguirewoods.com.

3. I am an attorney at law and a member in good standing of the Bars of the States of Virginia and West Virginia. True and correct copies of my Certificates of Good Standing issued by the Supreme Court of Virginia and the Supreme Court of West Virginia are attached as Exhibit A.

4. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. There are no pending disciplinary proceedings against me in any State or Federal Court.

1

2

5. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC.

I declare under penalty of perjury under the laws of the United States of America and the State of Virginia that the foregoing is true and correct.

Dated: March 2, 2021                                     */s/ Brooks H. Spears*