# EXHIBIT A

STATE OF WEST VIRGINIA

I, Edythe Nash Gaiser, Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Brooks H. Spears, of Leesburg, Virginia an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 14th day of October, 2015; that he is an attorney in good standing in said Court and is currently on active status and that his private and professional characters are good.

Given under my hand and seal of said Court, at Charleston, West Virginia, this 23rd day of February 2021, and in the 158th year of the State.

*Edythe Nash Gaiser*
Clerk, Supreme Court of Appeals of West Virginia



# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

Brooks Holton Spears

was admitted to practice as an attorney and counsellor at the bar of this Court on December 4, 2013.

I further certify that so far as the records of this office are concerned, Brooks Holton Spears is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 24th day of February
A.D. 2021

By: _____

*Deputy Clerk*