UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIETT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC,

Plaintiffs,

v.

GLOBAL RISK ADVISORS LLC, et al.,

Defendants.

Case No. 1:19-cv-11861 (MKV)

**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE***

The motion of **BROOKS H. SPEARS** for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**. Applicant has declared that he is a member in good standing of the Bars of Virginia and West Virginia; and that his contact information is as follows:

|  |  |
|---|---|
| Applicant's Name: | Brooks H. Spears |
| Firm Name: | McGuireWoods LLP |
| Address: | 1750 Tysons Boulevard, Suite 1800 |
|  | Tysons, Virginia 22102 |
| Phone Number: | (703) 712-5073 |
| Fax Number: | (703) 712-5190 |
| E-Mail: | bspears@mcguirewoods.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC;

**IT IS HEREBY ORDERED** that BROOKS H. SPEARS is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____           _____
                                              MARY KAY VYSKOCIL
                                              United States District Judge