UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL RISK ADVISORS LLC, et al., <br><br> Defendants. | Case No. 1:19-cv-11861 (MKV) <br><br> **CERTIFICATION OF SERVICE** |

I HEREBY CERTIFY that on March 2, 2021, a true and correct copy of the foregoing: (1) Motion to Admit Brooks H. Spears *Pro Hac Vice;* (2) Declaration of Brooks H. Spears in Support of Motion for Admission *Pro Hac Vice,* with supporting Certificates of Good Standing; and (3) Proposed Order, were filed electronically with the Clerk of the Court using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

Dated: March 2, 2021

Respectfully Submitted,

*/s/ Brooks H. Spears*
Brooks H. Spears
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102
T: (703) 712-5073
F: (703) 712-5190
bspears@mcguirewoods.com

*Counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC*