UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY, et al.,<br><br>                      Plaintiffs,<br><br>—v.—<br><br>GLOBAL RISK ADVISORS LLC, et al.,<br><br>                      Defendants. | Case No. 1:19CV11861 (MKV) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JASON H. COWLEY

PLEASE TAKE NOTICE that the undersigned, Jason H. Cowley of McGuireWoods LLP, is withdrawing his appearance as counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC ("Plaintiffs"). McGuireWoods LLP shall continue to represent Plaintiffs through its other attorneys of record.

Dated: June 1, 2021

Respectfully submitted,

   *s/ Jason H. Cowley*
Jason H. Cowley
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020
Phone: (212) 548-2100
Fax: (212) 548-2150
jcowley@mcguirewoods.com

George J. Terwilliger III
Michael Francisco
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Phone: (202) 857-1700
Fax: (202) 857-1737
gterwilliger@mcguirewoods.com
mfrancisco@mcguirewoods.com

        Brooks H. Spears
M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Fax: (703) 712-5050
bspears@mcguirewoods.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that I filed the foregoing on the Court's CM/ECF system, which will send notice to all counsel of record.

        *s/ Jason H. Cowley*
        Jason H. Cowley