UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY, et al., <br><br> Plaintiffs, <br><br> —v.— <br><br> GLOBAL RISK ADVISORS LLC, et al., <br><br> Defendants. | Case No. 1:19CV11861 (MKV) |

## PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO AMEND

Please take notice that, upon the accompanying declaration of Michael Francisco dated June 1, 2021, and the Exhibits annexed thereto, as well as the accompanying memorandum of law, Plaintiffs Elliott Broidy ("Broidy") and Broidy Capital Management, LLC ("BCM") (collectively, "Plaintiffs"), pursuant to the Court's Opinion and Order of March 31, 2021 (ECF No. 89), Local Civil Rule 7.1(a)(1), and Fed. R. Civ. P. 15(a)(2), move for leave to amend their pleading at a date and time to be set by the Court. Wherefore, Plaintiffs ask the Court for leave to amend.

Dated: June 1, 2021

Respectfully submitted,
ELLIOTT BROIDY
BROIDY CAPITAL MANAGEMENT, LLC
*By Counsel*

*s/ George J. Terwilliger III*
George J. Terwilliger III
Michael Francisco
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Phone: (202) 857-1700
Fax: (202) 857-1737
gterwilliger@mcguirewoods.com
mfrancisco@mcguirewoods.com

Brooks H. Spears

                 MCGUIREWOODS LLP
                 1750 Tysons Boulevard, Suite 1800
                 Tysons, VA 22102
                 Phone: (703) 712-5000
                 Fax: (703) 712-5050
                 bspears@mcguirewoods.com

**CERTIFICATE OF SERVICE**

  I certify that I filed the foregoing on the Court's CM/ECF system, which will send notice to all counsel of record.

                 *s/ George J. Terwilliger III*
                 George J. Terwilliger III