## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ELLIOTT BROIDY, et al.,

               Plaintiffs,

      —v.—

GLOBAL RISK ADVISORS LLC, et al.,

               Defendants.

Case No. 1:19CV11861 (MKV)

## DECLARATION OF MICHAEL FRANCISCO

I, Michael Francisco, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a partner with the law firm McGuireWoods LLP and counsel to Plaintiffs Elliott Broidy and Broidy Capital Management, LLC (collectively, "Plaintiffs"). I respectfully submit this declaration in support of Plaintiffs' Motion for Leave to Amend.

2.     Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the Proposed Second Amended Complaint.

3.     Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the blacklined version of the Proposed Second Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of June, 2021.

                                      _____
                                        Michael Francisco