UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2021
```

ELLIOT BROIDY, and BROIDY CAPITAL MANAGEMENT, LLC,

                  Plaintiffs,

-against-

GLOBAL RISK ADVISORS LLC, GRA MAVEN LLC, GRA QUANTUM LLC, GLOBAL RISK ADVISORS EMEA LIMITED, and KEVIN CHALKER,

                  Defendants.

1:19-cv-11861-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Defendants' motion [ECF No. 99], on consent of Plaintiffs, proposing deadlines for Defendants' responses to Plaintiff's pending motions is GRANTED IN PART. The pending motions should be briefed on the following schedules.

    Defendants' opposition, if any, to Plaintiff's letter motion to file a declaration for *in camera* review [ECF No. 98] must be filed on or before June 15, 2021. The opposition should be filed as a letter and is limited to two pages. Plaintiffs' reply letter, if any, must be filed on or before June 17, 2021 and is limited to two pages.

    Defendant's opposition to Plaintiff's motion to file an amended complaint [ECF No. 95] must be filed on or before July 13, 2021. Plaintiff's reply must be filed on or before July 27, 2021.

**SO ORDERED.**

**Date:  June 8, 2021**
       **New York, NY**

                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**