# EXHIBIT A

**23 DEC 2017** ▶ **30 DEC 2017**   TRIP TO **NEW YORK JFK, NY**

PREPARED FOR
**CHALKER/KEVIN MAXWELL**
**CHALKER/**
**CHALKER/**
**CHALKER/**



FIRST IN SERVICE TRAVEL
2123986555
travel@firstinservice.com

RESERVATION CODE
AIRLINE RESERVATION CODE

**Travel Arranger Priority Comments**
THIS TICKET IS NONREFUNDABLE. CHANGES TO THE
ITINERARY ARE SUBJECT TO FEES PLUS AN INCREASE IN FARE.

 DEPARTURE: **SATURDAY 23 DEC**   Please verify flight times prior to departure

| AMERICAN AIRLINES AA 2376 | EWR NEWARK, NJ ▶ DFW DALLAS FT WORTH, TX | Aircraft: BOEING 737-800 JET |
|---|---|---|
| Duration: 4 hr(s) 9 min(s) | Departing At: 2:45pm / Arriving At: 5:54pm | Distance (in Miles): 1376 Stop(s): 0 |
| Class: FRST/BIZ | Terminal: TERMINAL A / Terminal: Not Available | Meals: Lunch |
| Status: Confirmed | | |

| Passenger Name: | Seats: | Frequent Flyer #: | eTicket Receipt(s): |
|---|---|---|---|
| » CHALKER/KEVIN MAXWELL | 04A / Confirmed | | |
| » CHALKER/ | 04B / Confirmed | | |
| » CHALKER/ | 04E / Confirmed | | |
| » CHALKER/ | 04F / Confirmed | | |

 DEPARTURE: **WEDNESDAY 27 DEC**   Please verify flight times prior to departure

| AMERICAN AIRLINES AA 1708 | DFW DALLAS FT WORTH, TX ▶ LAX LOS ANGELES, CA | Aircraft: AIRBUS INDUSTRIE A321 JET |
|---|---|---|
| Duration: 3 hr(s) 29 min(s) | Departing At: 4:30pm / Arriving At: 5:59pm | Distance (in Miles): 1235 Stop(s): 0 |
| Class: FRST/BIZ | Terminal: Not Available / Terminal: Not Available | Meals: Dinner |
| Status: Confirmed | | |

| Passenger Name: | Seats: | Frequent Flyer #: | eTicket Receipt(s): |
|---|---|---|---|
| » CHALKER/KEVIN MAXWELL | 03A / Confirmed | | |
| » CHALKER/ | 03C / Confirmed | | |
| » CHALKER/ | 03D / Confirmed | | |
| » CHALKER/ | 03F / Confirmed | | |

 **DEPARTURE: SATURDAY 30 DEC** P ease ver fy f ght t mes pr or to departure

| AMERICAN AIRLINES<br>**AA 0172** | LAX<br>LOS ANGELES, CA | ▶ JFK<br>NEW YORK JFK, NY | A rcraft:<br>A r |
|---|---|---|---|
| Durat on:<br>5hr(s) 31m n(s) | Depart ng At:<br>**10:45am** | Arr v ng At:<br>**7:16pm** | D stance ( n M es): 2475<br>Stop(s): 0 |
| C ass:<br>FRST/BIZ | Term na :<br>Not Ava ab e | Term na :<br>TERMINAL 8 | Mea s:<br>Lunch |
| Status:<br>Conf rmed | | | |

| Passenger Name: | Seats: | Frequent F yer #: | eT cket Rece pt(s): |
|---|---|---|---|
| » CHALKER/KEVIN MAXWELL | 07A / Conf rmed | | |
| » CHALKER, | 07C / Conf rmed | | |
| » CHALKER, | 07D / Conf rmed | | |
| » CHALKER, | 07F / Conf rmed | | |

**OTHER: THURSDAY 28 JUN**

| OTHER | LAX<br>LOS ANGELES, CA | |
|---|---|---|
| Status:<br>Conf rmed | Informat on:<br>THANK YOU FOR TRAVELING WITH US | |

FIRST IN SERVICE TRAVEL
2123986555
trave @f rst nserv ce.com