**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Orin Snyder
Direct: +1 212.351.2400
Fax: +1 212.351.6335
OSnyder@gibsondunn.com

July 13, 2021

BY ELECTRONIC FILING

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:   Request for Oral Argument in *Broidy et al. v. Global Risk Advisors et al.*, 19-cv-11861

Dear Judge Vyskocil:

We respectfully submit this letter on behalf of Defendants Global Risk Advisors LLC, GRA Maven LLC, GRA Quantum LLC, Global Risk Advisors EMEA Limited, GRA Research LLC, Qrypt Inc., Kevin Chalker, Denis Mandich, Antonio Garcia, and Courtney Chalker (together, "Defendants") pursuant to Section 4.A.vii. of Your Honor's Individual Rules of Practice in Civil Cases to request oral argument in connection with Plaintiffs' Motion for Leave to Amend in this matter (Dkt. 96).

Respectfully submitted,

*/s/ Orin Snyder*
Orin Snyder

cc:  All Counsel of Record via ECF