# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY, et al., <br><br> Plaintiffs, <br><br> —v.— <br><br> GLOBAL RISK ADVISORS LLC, et al., <br><br> Defendants. | Case No. 1:19CV11861 (MKV) |

**PLAINTIFFS' NOTICE OF MOTION TO STRIKE**

Plaintiffs Elliott Broidy and Broidy Capital Management, LLC (collectively, "Plaintiffs"), pursuant to the Court's inherent authority and Local Civil Rule 7.1(a)(1), move to strike portions of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend (ECF No. 104). The specific portions are set forth in the accompanying memorandum. Wherefore, Plaintiffs ask the Court to grant their motion and to strike the specified portions of Defendants' brief.

Dated: July 27, 2021

Respectfully submitted,
ELLIOTT BROIDY
BROIDY CAPITAL MANAGEMENT, LLC
*By Counsel*

 *s/ George J. Terwilliger III*
George J. Terwilliger III
Michael Francisco
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Phone: (202) 857-1700
Fax: (202) 857-1737
gterwilliger@mcguirewoods.com
mfrancisco@mcguirewoods.com

2

Brooks H. Spears<br>
MCGUIREWOODS LLP<br>
1750 Tysons Boulevard, Suite 1800<br>
Tysons, VA 22102<br>
Phone: (703) 712-5000<br>
Fax: (703) 712-5050<br>
bspears@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing on the Court's CM/ECF system, which will send notice to all counsel of record.

<i>s/ George J. Terwilliger III</i><br>
George J. Terwilliger III

2