# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY, et al., <br><br> Plaintiffs, <br><br> —v.— <br><br> GLOBAL RISK ADVISORS LLC, et al., <br><br> Defendants. | Case No. 1:19CV11861 (MKV) |

### DECLARATION OF MICHAEL FRANCISCO

I, Michael Francisco, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner with the law firm McGuireWoods LLP and counsel to Plaintiffs Elliott Broidy and Broidy Capital Management, LLC (collectively, "Plaintiffs"). I respectfully submit this declaration in support of Plaintiffs' Motion to Strike.

2. Attached hereto as Exhibit A is a true and correct copy of the letter sent by counsel for Defendants to McGuireWoods LLP on April 12, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of the e-mail sent by counsel for Defendants to McGuireWoods LLP on June 1, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of July, 2021.

/s/ Michael Francisco
Michael Francisco