UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
BROIDY et al.,

                             Plaintiffs,

            v.

GLOBAL RISK ADVISORS LLC et al.,

                             Defendants.

---------------------------------------------------------------- x

1:19-cv-11861-MKV

**STIPULATION AND [PROPOSED] ORDER OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Local Civil Rule 1.4, and subject to the approval by the Court, that the law firm of Kasowitz Benson Torres LLP is substituted as counsel of record for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC (collectively, "Broidy") in place of the law firm of McGuireWoods LLP, which is the current counsel of record for Broidy in the above-captioned action, and that McGuireWoods LLP and its attorneys Michael Lee Francisco, George James Terwilliger, Jason Cowley, and Brooks H. Spears are hereby withdrawn as counsel of record for Broidy. The law firm of McGuireWoods LLP is not asserting a retaining or charging lien.

      PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this action should henceforth be served upon the following counsel:

    Daniel R. Benson
    KASOWITZ BENSON TORRES LLP
    1633 Broadway
    New York, New York 10019
    Tel.: (212) 506-1700
    dbenson@kasowitz.com

This Stipulation may be executed in counterparts, and electronic and facsimile copies of this Stipulation shall be deemed an original for all purposes.

Dated: New York, New York
November 23, 2021

KASOWITZ BENSON TORRES LLP

By: *D.R.B* (signed)

Daniel R. Benson
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
dbenson@kasowitz.com

*Incoming Attorneys for Plaintiffs
Elliott Broidy and Broidy Capital
Management, LLC*

MCGUIREWOODS LLP

By: _____

Michael Lee Francisco
George James Terwilliger
Jason Cowley
Brooks H. Spears
888 16th Street, N.W. Ste 500
Washington, DC 20006
Tel: (212) 857-1722
mfrancisco@mcguirewoods.com
gterwilliger@mcguirewoods.com
jcowley@mcguirewoods.com
bspears@mcguirewoods.com

*Outgoing Attorneys for Plaintiffs
Elliott Broidy and Broidy Capital Management, LLC*

This Stipulation may be executed in counterparts, and electronic and facsimile copies of this Stipulation shall be deemed an original for all purposes.

Dated: New York, New York
November 23, 2021

| KASOWITZ BENSON TORRES LLP | MCGUIREWOODS LLP |
|---|---|
| By: _____ | By: _____ |
| Daniel R. Benson<br>1633 Broadway<br>New York, New York 10019<br>Tel: (212) 506-1700<br>dbenson@kasowitz.com<br><br>*Incoming Attorneys for Plaintiffs*<br>*Elliott Broidy and Broidy Capital*<br>*Management, LLC* | Michael Lee Francisco<br>George James Terwilliger<br>Jason Cowley<br>Brooks H. Spears<br>888 16th Street, N.W. Ste 500<br>Washington, DC 20006<br>Tel: (212) 857-1722<br>mfrancisco@mcguirewoods.com<br>gterwilliger@mcguirewoods.com<br>jcowley@mcguirewoods.com<br>bspears@mcguirewoods.com<br><br>*Outgoing Attorneys for Plaintiffs*<br>*Elliott Broidy and Broidy Capital Management, LLC* |

### CONSENT TO SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Plaintiffs Elliott Broidy and Broidy Capital Management, LLC (collectively, "Broidy") hereby consent and agree that the law firm of Kasowitz Benson Torres LLP is substituted as the counsel of record for Broidy in place of the law firm McGuireWoods LLP, which is the current counsel of record for Broidy in the above-captioned action, and that McGuireWoods LLP and its attorneys Michael Lee Francisco, George James Terwilliger, Jason Cowley, and Brooks H. Spears are hereby withdrawn as counsel of record for Broidy.

Dated:  Los Angeles, California
        November 23, 2021

                                        ELLIOTT BROIDY

                                        _____
                                        Chief Executive Officer
                                        Broidy Capital Management, LLC

**SO-ORDERED:**

_____
MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

3