**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

ELLIOTT BROIDY and
BROIDY CAPITAL MANAGEMENT, LLC

                             Plaintiff**s,**

          v.

GLOBAL RISK ADVISORS LLC,
GRA MAVEN LLC,
GRA QUANTUM LLC,
GLOBAL RISK ADVISORS EMEA LIMITED,
GRA RESEARCH LLC
QRYPT, INC.,
KEVIN CHALKER,
DENIS MANDICH,
ANTONIO GARCIA, and
COURTNEY CHALKER,

                         Defendants.

**Civil Action No.:**  19-cv-11861-MKV

<u>**NOTICE OF APPEARANCE**</u>

      **PLEASE TAKE NOTICE** that Daniel R. Benson of Kasowitz Benson Torres LLP hereby enters an appearance in the above-captioned matter as counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC.

      I certify that I am an attorney admitted to practice in this Court and further request that all subsequent papers be served upon this firm at the address indicated below.

Dated: January 28, 2022
      New York, New York

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By:   */s/ Daniel R. Benson*         
    Daniel R. Benson
    1633 Broadway
    New York, New York 10019
    Tel.:  (212) 506-1720
    Fax:  (212) 835-5020
    DBenson@kasowitz.com

*Counsel for Plaintiffs Elliott Broidy and*
*Broidy Capital Management, LLC*