UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY and<br>BROIDY CAPITAL MANAGEMENT, LLC<br><br>        Plaintiff**s**,<br><br>   v.<br><br>GLOBAL RISK ADVISORS LLC,<br>GRA MAVEN LLC,<br>GRA QUANTUM LLC,<br>GLOBAL RISK ADVISORS EMEA LIMITED,<br>GRA RESEARCH LLC<br>QRYPT, INC.,<br>KEVIN CHALKER,<br>DENIS MANDICH,<br>ANTONIO GARCIA, and<br>COURTNEY CHALKER,<br><br>        Defendants. | Civil Action No.:  19-cv-11861-MKV<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Andrew R. Kurland of Kasowitz Benson Torres LLP hereby enters an appearance in the above-captioned matter as counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC.

 I certify that I am an attorney admitted to practice in this Court.

Dated: January 28, 2022
   New York, New York

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By:  */s/ Andrew R. Kurland*
 Andrew R. Kurland
 1633 Broadway
 New York, NY 10019
 Tel.: (212) 506-3306
 Fax: (212) 835-5254
 akurland@kasowitz.com

*Counsel for Plaintiffs Elliott Broidy and*
*Broidy Capital Management, LLC*