UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY and<br>BROIDY CAPITAL MANAGEMENT, LLC<br><br>                              Plaintiffs,<br><br>     v.<br><br>GLOBAL RISK ADVISORS LLC,<br>GRA MAVEN LLC,<br>GRA QUANTUM LLC,<br>GLOBAL RISK ADVISORS EMEA LIMITED,<br>GRA RESEARCH LLC<br>QRYPT, INC.,<br>KEVIN CHALKER,<br>DENIS MANDICH,<br>ANTONIO GARCIA, and<br>COURTNEY CHALKER,<br><br>                              Defendants. | Civil Action No.:  19-cv-11861 (MKV)<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that Henry B. Brownstein of Kasowitz Benson Torres LLP hereby enters an appearance in the above-captioned matter as counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC.

     I certify that I am an attorney admitted to practice in this Court.

| | |
|---|---|
| Dated: January 28, 2022<br>       Washington, D.C. | Respectfully submitted,<br><br>KASOWITZ BENSON TORRES LLP<br><br>By:  /s/ Henry B. Brownstein<br>     Henry B. Brownstein<br>     1399 New York Avenue, Suite 201<br>     Washington, D.C. 20005<br>     Tel.: (202) 760-3400<br>     Fax: (202) 747-2886<br>     hbrownstein@kasowitz.com<br><br>*Counsel for Plaintiffs Elliott Broidy and*<br>*Broidy Capital Management, LLC* |