```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

BROIDY et al.,

                      Plaintiffs,

              v.

GLOBAL RISK ADVISORS LLC et al.,

                      Defendants.

------------------------------------------------------------------ x

1:19-cv-11861-MKV

**STIPULATION AND [PROPOSED] ORDER OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Local Civil Rule 1.4, and subject to the approval by the Court, that the law firm of Kasowitz Benson Torres LLP is substituted as counsel of record for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC (collectively, "Broidy") in place of the law firm of McGuireWoods LLP, which is the current counsel of record for Broidy in the above-captioned action, and that McGuireWoods LLP and its attorneys Michael Lee Francisco, George James Terwilliger, Jason Cowley, and Brooks H. Spears are hereby withdrawn as counsel of record for Broidy. The law firm of McGuireWoods LLP is not asserting a retaining or charging lien.

      PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this action should henceforth be served upon the following counsel:

Daniel R. Benson
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
dbenson@kasowitz.com

This Stipulation may be executed in counterparts, and electronic and facsimile copies of this Stipulation shall be deemed an original for all purposes.

Dated: New York, New York
November 23, 2021

KASOWITZ BENSON TORRES LLP

By: /s/ D.R.B.

Daniel R. Benson
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
dbenson@kasowitz.com

*Incoming Attorneys for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC*

MCGUIREWOODS LLP

By: _____

Michael Lee Francisco
George James Terwilliger
Jason Cowley
Brooks H. Spears
888 16th Street, N.W. Ste 500
Washington, DC 20006
Tel: (212) 857-1722
mfrancisco@mcguirewoods.com
gterwilliger@mcguirewoods.com
jcowley@mcguirewoods.com
bspears@mcguirewoods.com

*Outgoing Attorneys for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC*

This Stipulation may be executed in counterparts, and electronic and facsimile copies of this Stipulation shall be deemed an original for all purposes.

Dated: New York, New York
November 23, 2021

| KASOWITZ BENSON TORRES LLP | MCGUIREWOODS LLP |
|---|---|
| By: _____ | By: _____ |
| Daniel R. Benson<br>1633 Broadway<br>New York, New York 10019<br>Tel: (212) 506-1700<br>dbenson@kasowitz.com<br><br>*Incoming Attorneys for Plaintiffs*<br>*Elliott Broidy and Broidy Capital*<br>*Management, LLC* | Michael Lee Francisco<br>George James Terwilliger<br>Jason Cowley<br>Brooks H. Spears<br>888 16th Street, N.W. Ste 500<br>Washington, DC 20006<br>Tel: (212) 857-1722<br>mfrancisco@mcguirewoods.com<br>gterwilliger@mcguirewoods.com<br>jcowley@mcguirewoods.com<br>bspears@mcguirewoods.com<br><br>*Outgoing Attorneys for Plaintiffs*<br>*Elliott Broidy and Broidy Capital Management, LLC* |

2

## CONSENT TO SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Plaintiffs Elliott Broidy and Broidy Capital Management, LLC (collectively, "Broidy") hereby consent and agree that the law firm of Kasowitz Benson Torres LLP is substituted as the counsel of record for Broidy in place of the law firm McGuireWoods LLP, which is the current counsel of record for Broidy in the above-captioned action, and that McGuireWoods LLP and its attorneys Michael Lee Francisco, George James Terwilliger, Jason Cowley, and Brooks H. Spears are hereby withdrawn as counsel of record for Broidy.

Dated: Los Angeles, California
       November 23, 2021

ELLIOTT BROIDY

_/s/ Elliott Broidy_
Chief Executive Officer
Broidy Capital Management, LLC

**SO-ORDERED:**

_/s/ Mary Kay Vyskocil_
MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
March 1, 2022
New York, New York

3