UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY and<br>BROIDY CAPITAL MANAGEMENT, LLC<br><br>        Plaintiffs**,**<br><br>   v.<br><br>GLOBAL RISK ADVISORS LLC,<br>GRA MAVEN LLC,<br>GRA QUANTUM LLC,<br>GLOBAL RISK ADVISORS EMEA LIMITED,<br>GRA RESEARCH LLC<br>QRYPT, INC.,<br>KEVIN CHALKER,<br>DENIS MANDICH,<br>ANTONIO GARCIA, and<br>COURTNEY CHALKER,<br><br>        Defendants. | **Civil Action No.:** 19-cv-11861 (MKV)<br><br>**NOTICE OF APPEARANCE** |

   **PLEASE TAKE NOTICE** that Sarah G. Leivick of Kasowitz Benson Torres LLP hereby enters an appearance in the above-captioned matter as counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC.

  I certify that I am an attorney admitted to practice in this Court.

| | |
|---|---|
| Dated: March 10, 2022<br>   New York, New York | Respectfully submitted,<br><br>KASOWITZ BENSON TORRES LLP<br><br>By: _/s/ Sarah G. Leivick_<br>  Sarah G. Leivick<br>  1633 Broadway<br>  New York, New York 10019<br>  Tel.: (212) 506-1765<br>  Fax: (212) 835-5065<br>  SLeivick@kasowitz.com<br><br>*Counsel for Plaintiffs Elliott Broidy and*<br>*Broidy Capital Management, LLC* |