UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Elliott Broidy, et al.

            Plaintiff,

Case No. 19-CV-11861

-against-

Global Risk Advisors, LLC, et al.   Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Henry B. Brownstein
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: HB3979    My State Bar Number is **4480380**

I am,

[X] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Kasowitz Benson Torres LLP
                FIRM ADDRESS: 1399 New York Ave., NW, Ste. 201, Washington D.C. 20005
                FIRM TELEPHONE NUMBER: (202) 760-3400
                FIRM FAX NUMBER: (202) 747-2886

NEW FIRM:    FIRM NAME: Kasowitz Benson Torres LLP
                FIRM ADDRESS: 1401 New York Ave., NW, Ste. 401, Washington D.C. 20005
                FIRM TELEPHONE NUMBER: (202) 760-3400
                FIRM FAX NUMBER: (202) 747-2886

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: June 1, 2022

/s/ Henry B. Brownstein
_____
ATTORNEY'S SIGNATURE