USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC,

                Plaintiffs,

-against-

GLOBAL RISK ADVISORS LLC, *et al.*,

                Defendant.

1:19-cv-11861-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of Plaintiffs' request for a pre-motion conference on its anticipated motion to disqualify Gibson, Dunn & Crutcher LLP as counsel for Defendants in this action. (ECF #131). Defendants did not timely oppose the pre-motion letter. After reviewing the arguments set out in the Plaintiffs' submission, the motion for a pre-motion conference is DENIED, and Plaintiffs are GRANTED leave to file a motion to disqualify on the schedule set forth below:

- Plaintiffs' motion shall be filed on or before August 1, 2022;
- Defendants' opposition, if any, shall be filed on or before September 1, 2022;
- Plaintiffs' reply shall be filed on or before September 15, 2022.

    Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

    The clerk of Court is respectfully requested to terminate docket entry 131.

**SO ORDERED.**

Dated: New York, New York
       July 1, 2022

_____
MARY KAY VYSKOCIL
United States District Judge

1