AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ELLIOTT BROIDY, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19 Civ. 11861 (MKV) |
| GLOBAL RISK ADVISORS LLC, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Global Risk Advisors LLC, GRA Quantum LLC, GRA Research LLC, Global Risk Advisors EMEA Limited, GRA Maven LLC, Qrypt, Inc., Kevin Chalker, Denis Mandich, Antonio Garcia, Courtney Chalker

Date: 07/25/2022

/s Marc A. Weinstein
*Attorney's signature*

Marc A. Weinstein, Bar no. 2643492
*Printed name and bar number*

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1405
*Address*

marc.weinstein@hugheshubbard.com
*E-mail address*

(212) 837-6460
*Telephone number*

(212) 299-6460
*FAX number*