# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| ELLIOTT BROIDY, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19 Civ. 11861 (MKV) |
| GLOBAL RISK ADVISORS LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Global Risk Advisors LLC, GRA Quantum LLC, GRA Research LLC, Global Risk Advisors EMEA Limited, GRA Maven LLC, Qrypt, Inc., Kevin Chalker, Denis Mandich, Antonio Garcia, Courtney Chalker

Date: 07/25/2022

/s Kevin T. Carroll
*Attorney's signature*

Kevin T. Carroll, Bar no. 4075339
*Printed name and bar number*

Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C., 20006-2401
*Address*

kevin.carroll@hugheshubbard.com
*E-mail address*

(202) 721-4603
*Telephone number*

(202) 721-4646
*FAX number*