AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| ELLIOTT BROIDY, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19 Civ. 11861 (MKV) |
| GLOBAL RISK ADVISORS LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Global Risk Advisors LLC, GRA Quantum LLC, GRA Research LLC, Global Risk Advisors EMEA Limited, GRA Maven LLC, Qrypt, Inc., Kevin Chalker, Denis Mandich, Antonio Garcia, Courtney Chalker

Date: 07/25/2022

/s Amina Hassan
*Attorney's signature*

Amina Hassan, Bar no. 4618427
*Printed name and bar number*

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
*Address*

amina.hassan@hugheshubbard.com
*E-mail address*

(212) 837-6793
*Telephone number*

(212) 299-6793
*FAX number*