UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ELLIOTT BROIDY and BROIDY CAPITAL
MANAGEMENT, LLC,

        Plaintiffs,

        - against -

GLOBAL RISK ADVISORS LLC,
GRA MAVEN LLC,
GRA QUANTUM LLC,
GLOBAL RISK ADVISORS EMEA LIMITED,
GRA RESEARCH LLC,
QRYPT, INC.,
KEVIN CHALKER,
DENIS MANDICH,
ANTONIO GARCIA, and
COURTNEY CHALKER,

        Defendants.

-------------------------------------------------------------x

Case No. 19-cv-11861-MKV

**STIPULATION AND [PROPOSED] ORDER OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Local Civil Rule 1.4 and subject to the approval by the Court, that the law firm of Hughes Hubbard & Reed LLP is substituted as counsel of record for Defendants Global Risk Advisors LLC, GRA Maven LLC, GRA Quantum LLC, Global Risk Advisors EMEA Limited, GRA Research LLC, Qrypt, Inc., Kevin Chalker, Denis Mandich, Antonio Garcia, and Courtney Chalker (collectively, "Defendants") in place of the law firm of Gibson, Dunn & Crutcher LLP which is the current counsel of record for Defendants in the above-captioned action, and that Gibson, Dunn & Crutcher LLP and its attorneys Orin Snyder, Zainab Ahmad, Paul Justin Kremer, and Samantha Weiss, are hereby withdrawn as counsel of record for Defendants. The law firm of Gibson, Dunn & Crutcher LLP is not asserting a retaining or charging lien.

       PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this

action should henceforth be served upon the following counsel, who have filed notices of appearances in this action today, July 25, 2022 (*see* Dkts. 133-135):

>Marc Weinstein
>Kevin Carroll
>Amina Hassan
>Hughes Hubbard & Reed LLP
>One Battery Park Plaza
>New York, NY 10004
>212-837-6000
>marc.weinstein@hugheshubbard.com
>kevin.carroll@hugheshubbard.com
>amina.hassan@hugheshubbard.com

This Stipulation may be executed in counterparts, and electronic and facsimile copies of this stipulation shall be deemed an original for all purposes.

Dated: New York, New York
July 25, 2022

| HUGHES HUBBARD & REED LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By: /s/ Kevin T. Carroll | By: /s/ Orin Snyder |
| Marc Weinstein<br>Kevin Carroll<br>Amina Hassan<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>212-837-6000<br>marc.weinstein@hugheshubbard.com<br>kevin.carroll@hugheshubbard.com<br>amina.hassan@hugheshubbard.com | Orin Snyder<br>Zainab Ahmad<br>Paul J. Kremer<br>Samantha Weiss<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-4000<br>osnyder@gibsondunn.com<br>zahmad@gibsondunn.com<br>pkremer@gibsondunn.com<br>sweiss@gibsondunn.com |
| *Incoming Attorneys for Defendants* | *Outgoing Attorneys for Defendants* |

**SO-ORDERED:**

_____
MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE