UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/23/2022
```

ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC,

        Plaintiffs,

-against-

GLOBAL RISK ADVISORS LLC, *et al.*,

        Defendants.

1:19-cv-11861-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Plaintiffs' request for a pre-motion conference on their anticipated motion for an award of attorneys' fees against Defendants' prior counsel, Gibson, Dunn & Crutcher LLP (ECF #138).  Plaintiffs also request permission to serve a subpoena on Gibson Dunn and to take a deposition of Zainab Ahmad, a Gibson Dunn partner who was Defendants' prior counsel of record in this action.  Both Gibson Dunn and Defendants oppose Plaintiffs' request (ECF #139, 140).

IT IS HEREBY ORDERED that the motion for a pre-motion conference is GRANTED. The parties are directed to appear on October 11, 2022, at 11:30 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

The clerk of Court is respectfully requested to terminate docket entry 138.

SO ORDERED

Dated: New York, New York
      August 23, 2022

                                              */s/ Mary Kay Vyskocil*
                                              MARY KAY VYSKOCIL
                                              United States District Judge