```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC,

                Plaintiffs,

-against-

GLOBAL RISK ADVISORS LLC, *et al.*,

                Defendant.

1:19-cv-11861-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of Defendant's request for leave to file a supplemental memorandum of law of no more than four pages in support of Defendant's Motion to Dismiss the Second Amended Complaint. (ECF #141). Defendant seeks leave to brief whether the anonymous "whistle blower" declaration, filed in support of Plaintiff's Second Amended Complaint, lacks the particularity required to support a plausible inference that the declarant was in a position to possess the information alleged. Plaintiffs oppose Defendant's request. (ECF #143).

    IT IS HEREBY ORDERED that Defendant is GRANTED leave to file a supplemental memorandum of law. Defendant shall file its supplemental memorandum of law, of no more than four pages, on or before September 1, 2022. Plaintiff's response, of no more than four pages, is due on or before September 8, 2022.

SO ORDERED

Dated: New York, New York
       August 25, 2022

                                                          _____
                                                          MARY KAY VYSKOCIL
                                                          United States District Judge