UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT BROIDY, et. al.,<br><br>        Plaintiffs,<br><br> -against-<br><br>GLOBAL RISK ADVISORS LLC, et. al.,<br><br>        Defendants. | Case No. 1:19-cv-11861 (MKV) |

## NOTICE OF APPEARANCE

The undersigned respectfully enters his appearance as counsel of record for Non-Party Gibson, Dunn & Crutcher LLP and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Non-Party Gibson, Dunn & Crutcher LLP.  The undersigned is a member of this Court in good standing.

Dated: New York, New York
   October 10, 2022

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Brian C. Ascher*
   Brian C. Ascher

200 Park Avenue
New York, New York 10166
Tel.: (212) 351-4000
Fax: (212) 351-4035
bascher@gibsondunn.com

*Attorney for Non-Party Gibson, Dunn & Crutcher LLP*

105779062.1