UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ELLIOTT BROIDY and BROIDY CAPITAL
MANAGEMENT, LLC,

                    Plaintiffs,

        -against-

GLOBAL RISK ADVISORS EMEA
LIMITED, et al.,

                    Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2022

1:19-cv-11861 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court held a Pre-Motion Conference with the parties on October 11, 2022. As stated on the record in that conference, Plaintiffs are GRANTED leave to move for an award of attorneys' fees. [*See* ECF No. 138.] However, Plaintiffs' requests to take additional discovery are DENIED without prejudice. [*See* ECF No. 138.]

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion shall be filed on or before October 21, 2022. Defendants' opposition, if any, shall be filed on or before November 11, 2022. Plaintiff's reply shall be filed on or before November 28, 2022.

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

**Date: October 11, 2022**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**