November 2, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2022
```

BY ELECTRONIC FILING

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:   *Broidy et al. v. Global Risk Advisors et al.*, 19-cv-11861

Dear Judge Vyskocil:

Pursuant to this Court's Individual Rules of Practice in Civil Cases and the October 11, 2022 Scheduling Order (ECF No. 148), Plaintiffs and non-party Gibson, Dunn & Crutcher LLP ("Gibson Dunn") jointly respectfully request that the briefing schedule for Plaintiffs' motion for an award of attorneys' fees set in the October 20, 2022 Order (ECF No. 150) be extended by two weeks as follows:

|  | **Existing Schedule** | **Proposed Schedule** |
|---|---|---|
| **Motion** | November 4, 2022 | November 18, 2022 |
| **Opposition** | November 28, 2022 | December 9, 2022 |
| **Reply** | December 12, 2022 | December 23, 2022 |

Plaintiffs and Gibson Dunn request this modest extension to facilitate ongoing discussions regarding a resolution of the issue, which would obviate the need for motion practice. This is the second request for an extension of the schedule for this motion. The Court granted the first joint request for an extension on October 20, 2022 (ECF No. 150).

We thank the Court for its consideration of this request.

**Granted. SO ORDERED.**

Date: 11/2/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

1

Respectfully submitted,

| KASOWITZ BENSON TORRES LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By: _/s/ Daniel Benson_____ <br>     Daniel Benson <br>     1633 Broadway <br>     New York, NY 10019 <br>     dbenson@kasowitz.com | By: _/s/ Brian Ascher_____ <br>     Brian Ascher <br>     200 Park Avenue, 47th Floor <br>     New York, NY 10166 <br>     bascher@gibsondunn.com |
| *Counsel for Plaintiffs* | *Counsel for Non-Party Gibson Dunn & Crutcher LLP* |

cc:  All Counsel of Record via ECF