November 16, 2022

BY ELECTRONIC FILING

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2022

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:   *Broidy et al. v. Global Risk Advisors et al.*, 19-cv-11861

Dear Judge Vyskocil:

Plaintiffs and non-party Gibson, Dunn & Crutcher LLP ("Gibson Dunn") write to inform the Court that we have reached a settlement in principle regarding Plaintiff's motion for an award of attorneys' fees that is currently due on November 18, 2022. As a result, Plaintiffs and Gibson Dunn jointly request that the motion schedule set by the Court on November 2, 2022 (ECF No. 152) be adjourned to permit the parties to finalize the settlement.

Plaintiffs and Gibson Dunn previously requested extensions of the motion schedule—to facilitate settlement discussions—on October 19, 2022 (ECF No. 149) and November 2, 2022 (ECF No. 151), each of which requests was granted (ECF Nos. 150 & 152).

We thank the Court for its consideration of this request.

Respectfully submitted,

| KASOWITZ BENSON TORRES LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By: __/s/ Daniel Benson_____<br>    Daniel Benson<br>    1633 Broadway<br>    New York, NY 10019<br>    dbenson@kasowitz.com | By: __/s/ Brian Ascher_____<br>    Brian Ascher<br>    200 Park Avenue, 47th Floor<br>    New York, NY 10166<br>    bascher@gibsondunn.com |
| *Counsel for Plaintiffs* | *Counsel for Non-Party Gibson Dunn & Crutcher LLP* |

cc:   All Counsel of Record via ECF

---

**GRANTED. The briefing schedule on the motion for sanctions is ADJOURNED sine die. SO ORDERED.**

Date: 11/17/2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

1