UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT BROIDY, et. al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>GLOBAL RISK ADVISORS LLC, et. al.,<br><br>　　　　　　　　Defendants. | Case No. 1:19-cv-11861 (MKV) |

# NOTICE OF APPEARANCE

　　The undersigned respectfully enters her appearance as counsel of record for Non-Party Gibson, Dunn & Crutcher LLP and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Non-Party Gibson, Dunn & Crutcher LLP. The undersigned is a member of this Court in good standing.

Dated: New York, New York
　　　　December 14, 2022

　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

　　　　　　　　　　　　　　　　By:　*/s/ Nancy Hart*
　　　　　　　　　　　　　　　　　　　Nancy Hart

　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　Tel.: (212) 351-4000
　　　　　　　　　　　　　　　　Fax: (212) 351-4035
　　　　　　　　　　　　　　　　NHart@gibsondunn.com

　　　　　　　　　　　　　　　　*Attorney for Non-Party Gibson, Dunn & Crutcher LLP*