| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 12/14/2022 |
| ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC,<br><br>                Plaintiffs,<br><br>-against-<br><br>GLOBAL RISK ADVISORS EMEA LIMITED, *et al.*,<br><br>                Defendant. | 1:19-cv-11861 (MKV)<br><br>**SCHEDULING ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of two letters from the parties. [ECF Nos. 155, 157.] The parties are HEREBY ORDERED to appear for a telephonic conference to discuss how to proceed with this matter on January 3, 2023 at 3:00 PM. The Courtroom Deputy will contact the parties with dial-in information.

It is FURTHER ORDERED that Plaintiff's motion for sanctions shall be filed on or before January 23, 2023. Defendants' opposition, if any, shall be filed on or before February 6, 2023. Plaintiff's reply shall be filed on or before February 13, 2023.

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

The Clerk of Court is respectfully requested to terminate docket entry 155.

**SO ORDERED.**

*[signature: Mary Kay Vyskocil]*

**Date: December 14, 2022**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**