UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC,

          Plaintiffs,

-against-

GLOBAL RISK ADVISORS EMEA LIMITED, *et al.*,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2023

1:19-cv-11861 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court will hold the conference scheduled for 3:00 PM on January 3, 2023 via telephone. The parties are directed to dial in to 888-278-0296 and enter access code 5195844.

**SO ORDERED.**

Date: January 3, 2023
New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**