UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ELLIOTT BROIDY and BROIDY CAPITAL
MANAGEMENT, LLC,

                        Plaintiffs,

        -against-

GLOBAL RISK ADVISORS EMEA
LIMITED, *et al.*,

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2023

1:19-cv-11861 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court held a Status Conference with the parties on January 3, 2023. As stated at that Status Conference, the parties are ORDERED to file a joint letter on or before February 3, 2023, advising the Court as to whether the parties have mutually agreed on a private mediator and, if so, the schedule regarding that mediation.

It is FURTHER ORDERED that the briefing schedule outlined at ECF No. 158 is ADJOURNED by 30 days. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for sanctions shall be filed on or before February 23, 2023. Defendants' opposition, if any, shall be filed on or before March 6, 2023. Plaintiff's reply shall be filed on or before March 13, 2023. If the parties agree on a private mediator on or before February 3, 2023, however, the Court will entertain a further application for an extension of the briefing schedule.

**SO ORDERED.**

**Date: January 3, 2023**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**