# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Nancy Hart
Direct: +1 212.351.3897
Fax: +1 212.351.6273
NHart@gibsondunn.com

February 3, 2023

BY ELECTRONIC FILING

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re: *Broidy et al. v. Global Risk Advisors et al.*, 19-cv-11861

Dear Judge Vyskocil:

This letter is submitted jointly on behalf of non-party Gibson, Dunn & Crutcher LLP and Plaintiffs pursuant to the Court's order dated January 3, 2023 (ECF No. 160) (the "Scheduling Order"). The parties participated in a private mediation held on February 1, 2023, but were unfortunately unable to resolve their dispute. The parties will thus proceed with the briefing schedule set forth by the Court in its Scheduling Order.

Respectfully submitted,

/s/ Nancy E. Hart_____

Nancy E. Hart
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000

/s/ Daniel R. Benson_____

Daniel R. Benson
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1720

cc: All Counsel of Record via ECF