# EXHIBIT C

FD-302 (Rev. 5-8-10)



b7A
b7E

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     04/25/2018

    Richard William Gates III, previously identified, was interviewed by
Supervisory Special Agent (SSA) [        ] ASAC [            ] Senior
Special Counsel Attorney Andrew Weissmann and Senior Special Counsel Attorney Greg
Andres. After being advised of the identities of the interviewing parties and the
nature of the interview, Gates provided the following information:

b6
b7C

### Pericles Fund

    The first time Gates traveled to Russia was in late 2007 or early 2008.  Gates
traveled from the U.S. to Moscow and stayed there for approximately two days.  At
Paul Manafort's direction, Gates traveled to meet [            ] and B-
Invest employees in Moscow regarding the Pericles investment.  This meeting was
scheduled soon after Oleg Deripaska and Manafort decided to create and fund
Pericles. [            ] was responsible for organizing logistics related to Gates'
meeting with B-Invest.  However, [        ] did not attend the meeting.  Manafort
purposefully excluded [        ] from the meeting because [        ] was not aware of
the amount of money which was invested in the Pericles, and Manafort wanted a wall
between his political work portfolio and his financial work portfolio.

b6
b7A
b7C

    Gates met with the following B-Invest employees at their Moscow office: [        ]
[                                          ] The purpose of the meeting was to
discuss the Pericles investment strategy.  The following investment sectors were
considered: (1) telecom; (2) real estate – focus on Odessa; (3) pharmaceuticals;
(4) agriculture; and (5) media companies.

    Approximately two to three month later, a second meeting was held in Moscow
which Gates attended.  Gates speculated that he traveled from Ukraine to Moscow
for this meeting.  The purpose of this meeting was to finalize their investment
strategy, pick the top five investment targets and agree on funding for
Pericles.  The same people from B-Invest who attended the first meeting attended
this meeting.  Gates did not meet [        ] during this trip.

b6
b7A
b7C

    At approximately the end of 2008, Manafort directed Gates to attend a third
meeting with B-Invest representatives in Moscow.  At this meeting, Gates was
advised by B-Invest that the Perciles was being put on hold and that no capital
contributions were going to be made by Deripaska.  Gates assumed Manafort had
already heard this from Deripaska.

### Ukraine

| | | |
|---|---|---|
| Investigation on | 03/18/2018 at | Washington, District Of Columbia, United States (In Person) |
| File # | [            ] | |
| by | [            ] | Date drafted   04/02/2018 |

b6
b7A
b7C
b7E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; and its contents are not
to be distributed outside your agency.

FBI(19cv1278)-2456

FD-302a (Rev. 05-08-10)

b7A
b7E

Continuation of FD-302 of  (U) Rick Gates _____ , On  03/18/2018 , Page  2 of 5

b6
b7A
b7C

When Manafort met with [                                    ] it was
usually at a hotel in Kiev, and usually nobody else attended these meetings.

<u>After the November 2016 Election</u>

b6
b7A
b7C

Gates sent talking points to [          ] on how to respond to media inquiries
regarding Manafort/Gates/DMP's work in Ukraine, [                              ]

b6
b7C

[                          ] had business interests in Malaysia and a preexisting
relationship with the Malaysian Prime Minister.

Gates understood that [      ] had business interests in Malaysia and that he had
a relationship with the Malaysia Prime Minister which dated back to at least 2012
when Trump played golf with the Malaysian Prime Minister.

b6
b7C

In 2012, the Malaysian Prime Minister played golf with Donald Trump. In late
January 2018 or February 2018, [          ] had a conversation with Trump where Trump
stated that maybe he would play golf with the Prime Minister in the summer of 2018.

Gates advised that [        ] asked Gates to help him resolve the 1MDB issue
between the Malaysian government and the U.S. government. [        ] stated that he
was going to be meeting with President Trump, on various topics including 1MDB,
and asked for Gates' advice on the best way to deal with Trump. [        ] was
concerned that he might not have an opportunity to discuss the 1MDB issue with
Trump because of the other topics he was going to be discussing with him.

After the election,, [        ] met with Trump and discussed the 1MDB issue with
him.  Trump told [      ] that the issue would be resolved.  Gates stated that Trump
did not expound on what that meant.  However, based on Gates' experience working
with Trump he assessed that indicated that Trump was aware and understood the

b6
b7C

b7A
b7E

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of (U) Rick Gates                                    , On 03/18/2018 , Page 3 of 5

issue.  The [ ] Trump meeting lasted approximately 20 minutes and it was part
of a larger meeting.  Gates recalled that General Kelly attended the meeting and
the first issue discussed at the meeting was whether Secretary of State Tillerson
should be fired.

    b6
    b7C

Gates was shown an email between him and [ ] dated 01/05/2018 which had
talking points regarding 1MDB.  Gates first learned about the 1MDB issue from
[ ] in September 2017. At the time, Gates was working with [ ] on other
business interests. Later, [ ] told Gates that the Malaysian Prime Minister was
coming to Washington, D.C. and that that the Prime Minister and [ ] were
supposed to meet with Trump. [ ] asked Gates to help him resolve the 1MDB case
because of Gates' history and knowledge of how to deal with Trump and he wanted
Gates' advice on who else within the Trump administration they should talk to
regarding the 1MDB case. [ ] suggested meeting with the National Security
Advisor, H.R. McMaster, but Gates did not think [ ] could get a meeting with
McMaster prior to [ ] meeting with President Trump. [ ] also suggested
meeting with the Secretary of State, Rex Tillerson, but Gates advised that it
would be a waste of time to talk to Tillerson because Trump did not include him in
foreign delegation meetings.

    b6
    b7C

Gates was shown an email from [ ] dated 07/08/2017, subject "Malaysia
Talking Points *Final*".  Gates stated he has never seen this email
before.  Regarding bullet point 4, Gates stated he was not aware of any attempt by
[ ] to communicate with Secretary Wilbur Ross.  Gates stated that Ross had a
strong relationship with Trump from their previous business relationship. Ross
served and played a prominent role on the Campaign's Business Advisory
Council.  Gates was not aware that Ross was [ ]
[ ] Gates was not aware of any relationship between Ross and Manafort.

    b6
    b7C

Gates was shown an email dated 01/05/18 tilted "PM: Rick Gates:  Talking
Points".  Gates advised that [ ] wanted to understand the Department of Justice
(DOJ) interest in the 1MDB case now that there was a new administration.  Gates
first learned of the issue between 1MDB and the DOJ from [ ] in September
2017.  During this time period, Gates was working with [ ] on other business
interests and [ ] told him that the Malaysian Prime Minister was in town to
meet with Trump. [ ] wanted Gates' advice on how they should deal with Trump
and whether they should talk to anyone else in the administration, such as H.R.
McMaster.  Gates advised [ ] that he did not think he would be able to meet
with McMaster prior to the meeting with Trump. [ ] asked if he should try to
schedule a meeting with Rex Tillerson.  Gates advised that it would be a waste of
time because Tillerson was not involved in foreign delegation meetings.  Gates
stated he did not have any specific knowledge of DOJ's, or any other department or
person in the Trump administration, position regarding 1MDB.  Rather, this was
Gates' assessment based on internet research he conducted on 1MDB.  Gates never
spoke to anyone in the administration or even attempted to reach out to anyone in
the administration about 1MDB. [ ] was the person Gates reached out to
obtain information about DOJ .

    b6
    b7C

FD-302a (Rev. 05-08-10)

**b7A**
**b7E**

Continuation of FD-302 of ___(U) Rick Gates_____, On _03/18/2018_, Page _4 of 5_

Regarding the "Talking Points" in the 01/05/18 email, Gates stated he drafted the talking points in consultation with ⬜⬜⬜  Regarding bullet point number 1, Gates stated he was not actually working with anyone at DOJ or the NSC, and that the entirety of this bullet was false.

**b6**
**b7C**

[At 13:13, SSA ⬜⬜⬜ and Special Counsel Attorney Zainab Ahmad joined the interview.  At this point, SSA ⬜⬜⬜ took notes of the interview and it will be documented in a separate 302.  At 14:40, SSA ⬜⬜⬜ and Ahmad left the interview and SSA ⬜⬜⬜ resumed taking notes.]

Gates advised that contrary to the statement in bullet number 1, there was no real strategy in place to contact parties at the DOJ or the NSC to find a resolution.  ⬜⬜⬜ told Gates that the National Security Division (NSD) of DOJ was responsible for handling this issue.  Regarding the "NSC" statement in the email, ⬜⬜⬜ advised that McMaster attended the meeting between Trump and the Malaysian Prime Minister and they assumed that he would be the contact at the NSC.

**b6**
**b7C**

Regarding the statement in bullet point 2 " meeting with the assistant attorney general", this was a reference to Rachel Brand.  Gates stated he never really had access to Brand and never contacted her.

Regarding bullet point 3, Gates stated that it was accurate that he had discussions with the president about 1MDB and the president stated he was committed to getting the issue resolved.

Regarding bullet point 4, Gates stated that ⬜⬜⬜ told him that the president told the Malaysian Prime Minister that he wanted to see him re-elected and wanted the 1MDB issue resolved.  Gates advised that if the 1MDB issue was not resolved it could pose a problem for the Prime Minister's re-election.  Gates stated that he understood that the Prime Minister reached out to ⬜⬜⬜ for assistance with the 1MDB issue.  Gates did not know if ⬜⬜⬜ was being paid by the Prime Minister for his assistance with the 1MDB issue.

**b6**
**b7C**

Regarding the reference to ⬜⬜⬜ in bullet point 5, Gates stated that was a reference to ⬜⬜⬜ general counsel, ⬜⬜⬜ had a contact at ⬜⬜⬜ who potentially had access to ⬜⬜⬜ but the statement ⬜⬜⬜ was an overstatement.

**b6**
**b7A**
**b7C**

⬜⬜⬜

Gates advised that ⬜⬜⬜ was a big fundraiser for Trump and that is why he was able to schedule personal meetings with Trump.  ⬜⬜⬜ was also close to ⬜⬜⬜ who helped ⬜⬜⬜ obtain access to Trump.  ⬜⬜⬜ was ⬜⬜⬜ Vice Chairman on the Republican National Committee (RNC).

**b6**
**b7C**

In approximately February 2018, ⬜⬜⬜ told Gates that he was no longer pursuing the 1MDB issue with Trump or the "Talking Points" plan that he and Gates

FD-302a (Rev. 05-08-10)

b7A
b7E

Continuation of FD-302 of  (U) Rick Gates _____ , On  03/18/2018 , Page  5 of 5

drafted. [ ] stated that he never heard anything more from Trump on the 1MDB
issue and gave up on pursuing it any further.

Gates did not know if [ ] had any discussions with Attorney General Sessions
regarding 1MDB.

Gates has an agreement with [ ] whereby [ ] pays Gates a monthly retainer
for his services. Gates is providing [ ] with advice on how "things work within
the Trump administration." The advice Gates provided [ ] related to 1MDB was
part of the services he provided [ ]

b6
b7C

Gates stated he never had any conversations with [ ] regarding FARA or its
requirements.

Gates knew that [ ] had previously plead guilty in a criminal case but he
did not obtain or discuss any specifics with [ ] about his criminal acts or how
[ ]
did provide Gates with advice on how he would be able to recover professionally
from pleading guilty in a criminal case.

[ ]