# EXHIBIT J

**Statement of Thomas C. Green**

I was counsel for Richard W. Gates, III beginning January 2018 and during the time he pled and cooperated extensively with the Office of the Special Counsel and the Department of Justice.

I was present during the questioning of Mr. Gates by the OSC at various sessions throughout his cooperation. On three occasions Ms. Zainab Ahmad, Senior Assistant Special Counsel, was in attendance and participated in the interrogation of Mr. Gates. At these times when Ms. Ahmad was present I believe the interrogations related to Mr. Broidy and other matters.

The dates of the first two interviews occurred on 18 March and 20 March 2018 at the Special Counsels' office in Washington, DC. The third interview occurred on 29 October 2018 at my law office of Sidley Austin also located in Washington, DC. Ms. Ahmad's presence in these interviews is confirmed by the publicly released FBI 302s that pertain to the subject interviews.

I declare that the foregoing is true and correct to the best of my recollection and belief.

Executed on this 7th day of June 2022.

By: _____
Thomas C. Green