# EXHIBIT M

| | |
|---|---|
| Subject: | 19-cv-11861-MKV (Broidy et al. v. Global Risk Advisors LLC et al.) |
| Date: | 6/30/2022 11:57 PM |
| From: | "Ascher, Brian C." <BAscher@gibsondunn.com> |
| To: | "VyskocilNYSDChambers@nysd.uscourts.gov" <VyskocilNYSDChambers@nysd.uscourts.gov> |
| Cc: | "akurland@kasowitz.com" <akurland@kasowitz.com>, "dbenson@kasowitz.com" <dbenson@kasowitz.com>, "hbrownstein@kasowitz.com" <hbrownstein@kasowitz.com>, "sleivick@kasowitz.com" <sleivick@kasowitz.com>, "Snyder, Orin" <OSnyder@gibsondunn.com>, "Ahmad, Zainab" <ZAhmad@gibsondunn.com>, "Kremer, Paul J." <PKremer@gibsondunn.com> |

Dear Judge Vyskocil and Staff,

We represent the defendants in this action. Our response to Plaintiff's pre-motion letter of June 27, 2022 (ECF No. 131) is due today. Because of unforeseen delays, we plan to file our response by 12:00 pm ET tomorrow, July 1, 2022. We apologize for this late email and any inconvenience. We thank the Court for its patience.

Respectfully,
Brian Ascher
*Counsel for Defendants*

**Brian C. Ascher**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3989 • Fax +1 212.351.6289
BAscher@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.