# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| Daniel R. Benson<br>Direct Dial: (212) 506-1720<br>Direct Fax: (212) 880-8690<br>DBenson@kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800 | Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC |

February 23, 2023

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

     Re:    <u>*Broidy, et al. v. Global Risk Advisors, et al.*</u>, Case No. 19-cv-11861

Dear Judge Vyskocil:

    We write on behalf of Plaintiffs Elliott Broidy and Broidy Capital Management, LLC in the above-referenced action. Pursuant to Section 4.A.vii. of Your Honor's Individual Rules of Practice in Civil Cases, we respectfully request oral argument on Plaintiffs' Motion for Sanctions.

    We thank the Court for its consideration of this matter.

                                                 Respectfully,

                                                 Daniel R. Benson

cc:  All Counsel of Record via ECF