# Exhibit B

FD-302 (Rev. 5-8-10)



UNCLASSIFIED//~~FOUO~~

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    04/23/2018

On 03/18/2018, Richard GATES was interviewed, which was documented in an FD-302, Serial 445 of captioned investigation.

b6
b7A
b7C

UNCLASSIFIED//~~FOUO~~

Investigation on 04/17/2018 at Washington, District Of Columbia, United States (In Person)

File #

Date drafted 04/17/2018

by

b3
b6
b7A
b7C
b7E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI(19cv1278)-2470