# Exhibit A

**From:** "Daniel R. Benson" <DBenson@kasowitz.com>
**Date:** May 16, 2022 at 6:49:19 PM EDT
**To:** "Hewett, Martin A." <MHewett@gibsondunn.com>
**Subject: Re: Potential motion — Broidy v. Global Risk Advisors**

**[WARNING: External Email]**

Without commenting now on whether your email below is accurate (there are some incorrect details), I wanted to let you know that we won't be filing the letter until tomorrow. If you're available, let's speak tomorrow.

Daniel R. Benson
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
(212) 506-1720 (office)
(917) 880-8690 (mobile)
(212) 506-1849 (fax)

DBenson@kasowitz.com

> On May 16, 2022, at 6:40 PM, Hewett, Martin A. <MHewett@gibsondunn.com> wrote:
>
> **ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**
>
> Mr. Benson: I am writing to memorialize our conversations earlier this afternoon. During our first conversation at approximately 3:40 pm ET, you informed me that your firm had replaced the Steptoe firm as counsel for Mr. Broidy in *Broidy v Global Risk Advisors*, and referenced prior correspondence between Gibson Dunn and Steptoe regarding a "conflict issue" regarding Zainab Ahmad that Steptoe had raised a few years ago. You then said that you had "developed" evidence that shows that Gibson Dunn's response to Steptoe "wasn't true," and said that you are planning to file a pre-motion letter today seeking to disqualify Gibson Dunn as counsel in this matter. I asked you to share the evidence to which you were referring. You said that you could not do so at this time. You later said that the evidence to which you were referring is a sworn declaration, but would not disclose the name of the declarant. You then asked that I provide Gibson Dunn's position on your planned motion to disqualify by 6 pm. I said I didn't know how we could do that given your unwillingness to share the evidence to which you were referring or explain what in our prior correspondence with Steptoe you believed to be incorrect.

When we spoke again approximately 20 minutes later (when I returned your call/email below), you informed me that the declaration to which you referred on our first call was a declaration by Richard Gates. I asked that you provide a copy of the declaration. You told me you would check on whether you could do so.

Martin A. Hewett (he/him/his)
Partner & Deputy General Counsel

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
+1 202.955.8207 (office) • +1 267.234.3266 (mobile)
mhewett@gibsondunn.com • www.gibsondunn.com


-----Original Message-----
From: Daniel R. Benson <DBenson@kasowitz.com>
Sent: Monday, May 16, 2022 4:05 PM
To: Hewett, Martin A. <MHewett@gibsondunn.com>
Subject: Potential motion — Broidy v. Global Risk Advisors

[WARNING: External Email]

I can provide you with additional information. Please call. Thanks.

Daniel R. Benson
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
(212) 506-1720 (office)
(917) 880-8690 (mobile)
(212) 506-1849 (fax)
DBenson@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

_____
This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.
_____