# Exhibit C

| | |
|---|---|
| **From:** | Snyder, Orin |
| **Sent:** | Monday, August 1, 2022 1:10 PM |
| **To:** | Daniel R. Benson |
| **Cc:** | Marc A. Weinstein; Daniel A. Saunders; Sarah G. Leivick; Andrew R. Kurland; Hewett, Martin A.; Ascher, Brian C.; Ahmad, Zainab; Wesneski, Joshua |
| **Subject:** | Re: Broidy v. Global Risk Advisors |

We do not consent.

Sent from my iPhone

On Aug 1, 2022, at 12:12 PM, Daniel R. Benson <DBenson@kasowitz.com> wrote:

**[WARNING: External Email]**

Orin and Marc,

We write to advise you that Plaintiffs plan to request a pre-motion conference with the Court in advance of filing a motion for their attorneys' fees incurred since August 2020 in connection with Plaintiffs' planned motion to disqualify Gibson Dunn in this action. Plaintiffs will also seek permission from the Court to take discovery from Gibson Dunn concerning information related to Plaintiffs that Ms. Ahmad obtained through her prior employment at DOJ, including by serving a subpoena requesting all communications and other documents containing, referring to or reflecting any such information and deposing Ms. Ahmad.

Please let us know if you consent to this relief by 5:00 pm today.

Best,

Dan


Daniel R. Benson
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
(212) 506-1720 (office)
(917) 880-8690 (mobile)
(212) 506-1849 (fax)

DBenson@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.