**EXHIBIT A**

**Documents Reviewed in Forming My Opinions**

1. In working on this matter and forming my opinions, I reviewed all or parts of the following documents:

    a. Correspondence:

       i. Letter from Filiberto Agusti (Steptoe) to Jason C. Schwartz (Gibson Dunn), dated August 26, 2020 (ECF 139-7).

       ii. Letter from Filiberto Agusti to Jason C. Schwartz, dated September 1, 2020.

       iii. Letter from Orin Snyder (Gibson Dunn) to Filiberto Agusti, dated September 2, 2020 (ECF 139-1).

       iv. Letter from Filiberto Agusti to Orin Snyder, dated September 9, 2020 (ECF 139-8).

       v. Letter from Orin Snyder to Filiberto Agusti, dated September 23, 2020 (ECF 139-6).

       vi. Email from Jason C. Schwartz to Gwendolyn Renigar (Steptoe) re: "Broidy," dated October 4, 2020.

       vii. Email exchange between Martin A. Hewett (Gibson Dunn) and Daniel R. Benson (Kasowitz) re: "Potential motion — Broidy v. Global Risk Advisors," dated May 16, 2022.

       viii. Email from Daniel R. Benson to Martin A. Hewett and Richard Dudley (Gibson Dunn) re: "Declaration_RWG_5.13.22," dated May 17, 2022.

    ix.    Letter from Martin A. Hewett to Daniel R. Benson, dated May 18, 2022 (ECF 139-2).

    x.    Email from Richard Dudley to Daniel R. Benson, copying Martin A. Hewett, re: "Declaration and Alleged Conflict," dated May 18, 2022.

    xi.    Email exchange between Orin Snyder, Daniel R. Benson, and Martin A. Hewett re: "Disqualification motion," dated June 23, 2022 (ECF 139-3).

b. <u>FBI 302 Memoranda</u>:

    i.    FBI 302 memorandum of the March 18, 2018 interview of Richard Gates, FBI(19cv1278)-2456, drafted April 2, 2018.

    ii.    FBI 302 memorandum of the March 18, 2018 interview of Richard Gates, FBI(19cv1278)-2470, drafted April 17, 2018.

    iii.    FBI 302 memorandum of the March 20, 2018 interview of Richard Gates, FBI(19cv1278)-2979, drafted March 20, 2018.

    iv.    FBI 302 memorandum of the October 29, 2018 interview of Richard Gates, FBI(19cv1278)-2326, drafted November 7, 2018.

c. <u>Pre-Motion Letters and Accompanying Statements</u>:

    i.    Pre-Motion letter seeking leave to file a motion to disqualify from Daniel R. Benson to The Hon. Mary Kay Vyskocil, dated June 27, 2022 (ECF 131).

    ii.    Declaration of Richard W. Gates, III, dated May 13, 2022 (ECF 131-1).

    iii.    Statement of Thomas C. Green, dated June 9, 2022 (ECF 131-2).

    iv.    Pre-Motion letter seeking leave to file a motion for sanctions from Daniel R.

        Benson to The Hon. Mary Kay Vyskocil, dated August 1, 2022 (ECF 138).

    v. Response to Pre-Motion letter seeking leave to file a motion for sanctions from Orin Snyder to The Hon. Mary Kay Vyskocil, dated August 4, 2022 (ECF 139).

d. <u>News Reports</u>:

    i. Wall Street Journal article titled "Trump Ally Was In Talks to Earn Millions in Effort to End 1MDB Probe in U.S.," dated March 1, 2018.

    ii. Huffington Post article titled "Leaked Emails Appear To Show A Top Trump Fundraiser Abusing His Power," dated March 2, 2018 (ECF 139-5).

    iii. The New York Times article titled "How 2 Gulf Monarchies Sought to Influence the White House" and dated March 21, 2018.

    iv. The New York Times article titled "Fund-Raiser Held Out Access to Trump as a Prize for Prospective Clients" and dated March 25, 2018.

e. <u>Plaintiffs' Motion for Sanctions and Accompanying Statements</u>:

    i. Plaintiffs' Memorandum of Law in Support of Motion for Sanctions, dated February 23, 2023 (ECF 163).

    ii. Declaration of Daniel R. Benson in Support of Plaintiffs' Motion for Sanctions, dated February 23, 2023, and accompanying exhibits (ECF 164).

    iii. Declaration of Elliott Broidy in Support of Plaintiffs' Motion for Sanctions, dated February 23, 2023 (ECF 166).

f. <u>Other Relevant Filings</u>:

    i. Criminal Information filed in *United States v. Broidy*, No. 1:20-cr-00210-CKK

(D.D.C. Oct. 6, 2020).

ii. Statement of Offense filed in *United States v. Broidy*, No. 1:20-cr-00210-CKK (D.D.C. Oct. 20, 2020).

iii. Plea Agreement filed in *United States v. Broidy*, No. 1:20-cr-00210-CKK (D.D.C. Oct. 20, 2020).

iv. Partial Unsealing Order issued in *In the Matter of the Search of Information Associated With Three Accounts Stored at Premises Controlled by Google, Inc. for Investigation of Violation of 18. U.S.C. § 1344*, Case No. 1:18-sc-00322-BAH, ECF 42 (D.D.C. Dec. 13, 2021) (ECF 139-4).