# KASOWITZ BENSON TORRES LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

DANIEL R. BENSON
DIRECT DIAL: (212) 506-1720
DIRECT FAX: (212) 880-8690
DBenson@kasowitz.com

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

March 7, 2023

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

    Re: *Broidy, et al. v. Global Risk Advisors LLC, et al.*, Case No. 19-cv-11861

Dear Judge Vyskocil:

    I write on behalf of Plaintiffs Elliott Broidy and Broidy Capital Management, LLC to request, pursuant to the Court's Individual Rules of Practice in Civil Cases, a one-week extension, from March 13, 2023 to March 20, 2023, of the deadline for Plaintiffs to submit their reply in further support of their motion for sanctions against Gibson, Dunn & Crutcher LLP (ECF No. 162). Plaintiffs make this request to permit Plaintiffs sufficient time to respond to Gibson Dunn's opposition to Plaintiffs' motion (ECF No. 168), including a declaration from partner Zainab Ahmad (ECF No. 169) (which we requested from Gibson Dunn in June 2022) and a declaration from a professor of legal ethics purporting to opine on whether Gibson Dunn should be sanctioned (ECF No. 172). This is Plaintiffs' first request for an extension of this deadline, and the extension will not impact any other scheduled dates. We consulted with Gibson Dunn and they stated they will not oppose this request.

    We thank the Court for its consideration of this matter.

    Respectfully,

    Daniel R. Benson