# EXHIBIT A

EXHIBIT A CL.DOCX