UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY and<br>BROIDY CAPITAL MANAGEMENT, LLC,<br><br>                           Plaintiffs,<br><br>             v.<br><br>GLOBAL RISK ADVISORS LLC,<br>GRA QUANTUM LLC,<br>GRA RESEARCH LLC,<br>GLOBAL RISK ADVISORS EMEA LIMITED,<br>GRA MAVEN LLC,<br>QRYPT, INC.,<br>KEVIN CHALKER,<br>DENIS MANDICH,<br>ANTONIO GARCIA, and<br>COURTNEY CHALKER,<br><br>                           Defendants. | Case No. 1:19-CV-11861-MKV |

## DECLARATION OF SARAH GIBBS LEIVICK

I, SARAH GIBBS LEIVICK, hereby declare as follows:

1. I am a member of the law firm Kasowitz Benson Torres LLP, counsel for Plaintiffs Elliott Broidy and Broidy Capital Management, LLC (collectively "Plaintiffs") in this action, and am an attorney admitted to practice law before the courts of the State of New York and in the Southern District of New York.

2. I submit this Declaration in further support of Plaintiffs' Motion for Sanctions against Gibson, Dunn & Crutcher LLP. I have personal knowledge of the facts set forth in this Declaration.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Matthew Grimes, dated March 9, 2023.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Richard W. Gates, III, dated March 20, 2023, with accompanying Exhibit A.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Declaration of Alvin Schmidt IV, dated March 19, 2013, with accompanying Exhibits A-D.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2023
New York, New York

_____
Sarah Gibbs Leivick