UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC, <br><br> Plaintiffs, <br><br> -against- <br><br> GLOBAL RISK ADVISORS EMEA LIMITED, *et al.*, <br><br> Defendant. | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: 4/6/2023 <br><br> 1:19-cv-11861 (MKV) <br><br> **SCHEDULING ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of several dozen communications from the parties over the past four weeks. [*See* ECF Nos. 168–193.] The parties are directed to appear for a Status Conference on April 18, 2023 at 11:00 AM.

**SO ORDERED.**

Date: **April 6, 2023**
      **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**