```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC,

                Plaintiffs,

-against-

GLOBAL RISK ADVISORS EMEA LIMITED, *et al.*,

                Defendant.

1:19-cv-11861 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The Status Conference scheduled for April 18, 2023 at 11:00 AM is ADJOURNED to April 24, 2023 at 3:00 PM.

**SO ORDERED.**

**Date:  April 13, 2023**
        New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**