UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/2023

ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC,

        Plaintiffs,

-against-

GLOBAL RISK ADVISORS EMEA LIMITED, *et al.*,

        Defendant.

1:19-cv-11861 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Status Conference scheduled for April 24, 2023 at 3:00 PM is ADJOURNED *sine die*.

**SO ORDERED.**

**Date:** April 24, 2023
      New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**