UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2023
```

ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC,

           Plaintiffs,

-against-

GLOBAL RISK ADVISORS LLC, GRA MAVEN LLC, GRA QUANTUM LLC, GLOBAL RISK ADVISORS EMEA LIMITED, GRA RESEARCH LLC, QRYPT INC., KEVIN CHALKER, DENNIS MANDICH, ANTONIO GARCIA and COURTNEY CHALKER,

           Defendants.

1:19-cv-11861 (MKV)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:
The disputes described in ECF Nos. 173, 177, 178, 179, 180, 181, 182, 183, 184, 187, 188, 189, 190, 191, 192, and 193.
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement

\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e. motion requiring Report and Recommendation)
Particular Motion: _____
_____

All such motions: \_\_\_\_

**SO ORDERED:**

**DATED: May 10, 2023**
      **New York, New York**

                                                                     */s/ Mary Kay Vyskocil*
                                                                     **Mary Kay Vyskocil**
                                                                     **United States District Judge**