UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2023
```

ELLIOTT BROIDY and BROIDY CAPITAL MANAGEMENT, LLC,

          Plaintiffs,

-against-

GLOBAL RISK ADVISORS EMEA LIMITED, *et al.*,

          Defendant.

1:19-cv-11861 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The pending motion for oral argument is DENIED. The Clerk of Court is respectfully requested to terminate ECF No. 167.

**SO ORDERED.**

Date: **August 24, 2023**
      **New York, NY**

                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**