USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/2023

Hughes Hubbard & Reed

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

October 6, 2023

By ECF
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Broidy et al. v. Global Risk Advisors et al.*, 19 Civ. 11861 (MKV)

Dear Judge Vyskocil:

We write on behalf of Defendants, pursuant to Section 2(G) of the Court's Individual Rules of Practice in Civil Cases, to request a 45-day extension, from October 10, 2023 to November 24, 2023, of Defendants' deadline to answer or otherwise respond to the Second Amended Complaint. *See* Fed. R. Civ. P. 12(a)(4)(A).

Defendants Kevin Chalker, Denis Mandich and Tony Garcia are bound by nondisclosure agreements ("NDAs") with the Government prohibiting, on pain of prosecution, the unauthorized disclosure of national defense information to those lacking necessary security clearances. Answers by these Defendants and Defendant Global Risk Advisors to certain of the Second Amended Complaint's allegations may implicate national defense information, and are subject under the NDAs to Central Intelligence Agency and Department of Defense review.

Defense counsel recently contacted the Government for guidance regarding these national security concerns. On October 5, 2023, the United States Attorney's Office for the Southern District of New York offered to facilitate CIA and DoD review of Defendants' Answer before it is filed and disseminated to uncleared parties such as Plaintiffs—and the broader public on ECF. Defendants further understand that the Government will endeavor to complete its prepublication review of their Answer within 45 days. Defendants intend to provide the Government with a final version of their Answer on October 10, 2023 in order for the Government to start its review process.

110386000

      Shortly after noon today we contacted Plaintiffs' counsel to seek their consent for this application; we have not yet received a response at the time of filing.

      Accordingly, Defendants respectfully request an extension of 45 days, to November 24, of their deadline to answer or otherwise respond to the Second Amended Complaint.

      Respectfully submitted,

*/s/ Marc A. Weinstein*
Marc A. Weinstein

Cc: All counsel of Record (via ECF)
    AUSA Sarah Normand (via email)
    AUSA Rebecca Tinio (via email)

> **DENIED.** Defendants are ordered to file their answer to the second amended complaint on or before October 12, 2023, with an answer to all allegations except those, if any, as to which there is a good faith basis to believe that prior approval is required. For any allegations as to which there is a good faith basis to believe that prior approval is required, Defendants are ordered to file their answer to such allegations by November 24, 2023. **SO ORDERED.**
>
> Date: 10/10/2023
> New York, New York
>
> Mary Kay Vyskocil
> United States District Judge