UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY and<br>BROIDY CAPITAL MANAGEMENT, LLC,<br><br>                       Plaintiffs,<br><br>        v.<br><br>GLOBAL RISK ADVISORS LLC,<br>KEVIN CHALKER,<br>DENIS MANDICH, and<br>ANTONIO GARCIA,<br><br>                       Defendants. | Case No. 1:19-CV-11861-MKV |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned respectfully enters his appearance as counsel of record in the above-captioned action on behalf of plaintiffs Broidy Capital Management, LLC and Elliott Broidy, and requests that all subsequent papers be served upon him at the address indicated below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
           January 12, 2024

KASOWITZ BENSON TORRES LLP

By: */s/ Paul J. Burgo*
     Paul J. Burgo
     PBurgo@Kasowitz.com
     1633 Broadway
     New York, NY  10019
     Telephone:  (212) 506-1865
     Facsimile:  (212) 835-5265

*Attorneys for Plaintiffs Broidy Capital Management, LLC and Elliot Broidy*