UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY and<br>BROIDY CAPITAL MANAGEMENT, LLC,<br><br>         Plaintiffs,<br><br>      v.<br><br>GLOBAL RISK ADVISORS LLC,<br>KEVIN CHALKER,<br>DENIS MANDICH, and<br>ANTONIO GARCIA,<br><br>         Defendants. | Case No. 1:19-CV-11861-MKV |

## NOTICE OF APPEARANCE OF COUNSEL

  PLEASE TAKE NOTICE that the undersigned respectfully enters his appearance as counsel of record in the above-captioned action on behalf of plaintiffs Broidy Capital Management, LLC and Elliott Broidy, and requests that all subsequent papers be served upon him at the address indicated below. I certify that I am admitted to practice in this Court.


Dated: New York, New York
    January 12, 2024

            KASOWITZ BENSON TORRES LLP

            By: */s/ Jonathan E. Algor*
              Jonathan E. Algor
              JAlgor@kasowitz.com
              1633 Broadway
              New York, NY  10019
              Telephone:  (212) 506-1774
              Facsimile:  (212) 500-3440

              *Attorneys for Plaintiffs Broidy Capital*
              *Management, LLC and Elliot Broidy*