AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| ELLIOTT BROIDY, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19 Civ. 11861 (MKV) |
| GLOBAL RISK ADVISORS LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Global Risk Advisors LLC, Kevin Chalker, Denis Mandich and Antonio Garcia.

Date: 01/19/2024

/s/ Kiran H. Rosenkilde
*Attorney's signature*

Kiran H. Rosenkilde, Bar No. 5260286
*Printed name and bar number*
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

*Address*

kiran.rosenkilde@hugheshubbard.com
*E-mail address*

(212) 837-6044
*Telephone number*

(212) 299-6044
*FAX number*