```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELLIOTT BROIDY, and BROIDY CAPITAL MANAGEMENT LLC,

                Plaintiffs,

-against-

GLOBAL RISK ADVISORS EMEA LIMITED, KEVIN CHALKER, GLOBAL RISK ADVISORS LLC, GRA MAVEN LLC, GRA QUANTUM LLC, GRA RESEARCH LLC, QRYPT, INC., DENIS MANDICH, ANTONIO GARCIA, COURTNEY CHALKER

                Defendants.

---

1:19-cv-11861-MKV

**AMENDED ORDER OF REFERENCE TO MAGISTRATE JUDGE**

MARY KAY VYSKOCIL, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:
**ECF No. 216**_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e. motion requiring Report and Recommendation)
Particular Motion: _____

All such motions: ____

**SO ORDERED:**

**DATED: March 21, 2024**
       **New York, New York**

*Mary Kay Vyskocil*
**Mary Kay Vyskocil**
**United States District Judge**