**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ELLIOTT BROIDY and BROIDY CAPITAL
MANAGEMENT, LLC,

                          Plaintiffs,                  **ORDER**

              -against-                               **19-cv-11861 (MKV) (JW)**

GLOBAL RISK ADVISORS LLC, *et al.*,

                          Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This action has been referred to this Court for the dispute at Dkt. No. 216 involving Defendants' request for the disclosure of confidential witnesses referenced in Plaintiffs' second amended complaint. Plaintiffs request to be heard *in camera* about why a protective order is necessary to protect the identities of the confidential witnesses and why the confidential witnesses' identities should not be disclosed at this time. Dkt. No. 216. Defendants oppose any request from Plaintiffs to be heard *ex parte* arguing that it would not give them a meaningful opportunity to oppose the request.

      Plaintiffs may file a letter of no more than 10-pages (exclusive of exhibits) by **May 1, 2024** defending their position with respect to the disclosure of confidential witnesses and the proposed protective order. Such letter should be filed publicly containing proposed redactions necessary to protect the identifying information of the confidential witnesses, and Plaintiffs should also file an unredacted letter designated

for the "Court's eyes only." Any supporting affidavits may also contain proposed redactions, and the proposed protective order should be exhibited to the letter as well.

Defendants may oppose Plaintiffs' request in no more than 10-pages by **May 15, 2024**. The opposition should address the proposed protective order and why a designation of "attorney's eyes only" with respect to the identity of the confidential witnesses would not be appropriate under the circumstances.

SO ORDERED.

DATED:   New York, New York
         April 2, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge