UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOTT BROIDY and<br>BROIDY CAPITAL MANAGEMENT, LLC,<br><br>                              Plaintiffs,<br><br>v.<br><br>GLOBAL RISK ADVISORS LLC,<br>KEVIN CHALKER,<br>DENIS MANDICH, and<br>ANTONIO GARCIA,<br><br>                              Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)**<br><br>Case No. 1:19-CV-11861-MKV |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed R. Civ. P. 41(a)(1), IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Broidy Capital Management, LLC and Elliott Broidy, Defendants Global Risk Advisors LLC, Kevin Chalker, Denis Mandich, and Antonio Garcia, and former Defendants GRA Quantum LLC, GRA Research LLC, Global Risk Advisors EMEA Limited, GRA Maven LLC, Qrypt, Inc. and Courtney Chalker, through their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice. Each Party (including any former parties to this action) shall bear their own costs and fees, including attorneys' fees.

1

SO STIPULATED AND AGREED

Dated: April 8, 2024

*/s/ Paul J. Burgo*
Daniel R. Benson
Paul J. Burgo
KASOWITZ BENSON TORRES LLP
*Counsel for Plaintiffs*

/s/
Marc A. Weinstein
Kevin T. Carroll
Amina Hassan
Kiran H. Rosenkilde
HUGHES HUBBARD & REED LLP
*Counsel for Defendants and Former Defendants*